**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>**HIGHRISE ADVANTAGE, LLC, BULL RUN ADVANTAGE, LLC, GREEN KNIGHT, INVESTMENTS, LLC, KING ROYALTY LLC, SR&B INVESTMENT ENTERPRISES, INC., AVINASH SINGH, RANDY ROSSEAU, DANIEL COLOGERO, HEMRAJ SINGH, and SURUJPAUL SAHDEO**<br>　　　　　　Defendants. | Case No. 6:20-cv-01657<br><br>Hon. _____ |

**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR A STATUTORY RESTRAINING ORDER WITH NOTICE AND FOR A PRELIMINARY INJUNCTION**

| EXHIBIT | DOCUMENT DESCRIPTION |
|---|---|
| **CFTC Declarations** | |
| A | **DECLARATION OF CFTC INVESTIGATOR JOY McCORMACK** |
| 1 | Highrise Advantage, LLC Articles of Incorporation 2/13/2013 |
| 2 | Highrise Advantage, LLC Annual Report 1/12/2020 |
| 3 | NFA Certification - Highrise Advantage, LLC |
| 4 | NFA Certification - Avinash Singh |
| 5 | Avinash Singh Traders Profile - Advertising MQL5 |
| 6 | Avinash Singh Profile – Forex Factory |
| 7 | Green Knight Investments, LLC Articles of Incorporation 8/11/2016 |
| 8 | Green Knight Investments, LLC Annual Report 2020 |
| 9 | NFA Certification - Green Knight Investments, LLC |
| 10 | NFA Certification - Daniel A. Cologero |
| 11 | SR&B Investments Enterprises, Inc. Articles of Incorporation  2/19/2009 |
| 12 | SR&B Investments Enterprises, Inc. Annual Report 2/24/2020 |
| 13 | NFA Certification - SR&B Investments Enterprises, Inc. |
| 14 | NFA Certification - Surujpaul Sahdeo |

| | |
|---|---|
| 15 | King Royalty, LLC Certificate of Formation |
| 16 | King Royalty, LLC Status Report |
| 17 | NFA Certification - King Royalty, LLC |
| 18 | NFA Certification - Hemraj Singh a/k/a Raj Singh |
| 19 | Bull Run Advantage, LLC Articles of Incorporation 11/8/2017 |
| 20 | Bull Run Advantage, LLC Annual Report 1/11/2020 |
| 21 | NFA Certification - Bull Run Advantage, LLC |
| 22 | NFA Certification - Randy M. Rosseau |
| 23 | Amaya & Company - Articles of Organization & Fictitious Name |
| 24 | Mql5.com & Piptionary Club Excerpts |
| 25 | Highrise Advantage, LLC - Terms and Conditions |
| 26 | Clukey Statements 1961 |
| 27 | Highrise Advantage, LLC Signature Cards |
| 28 | Highrise Advantage, LLC - New Client Information |
| 29 | Green Knight contract with Terms and Conditions |
| 30 | Green Knight Investments, LLC Letter Vol I 2017 |
| 31 | Green Knight Investments, LLC Letter Vol II 2017 |
| 32 | Green Knight Investments, LLC Letter Vol I 2018 |
| 33 | Green Knight Investments, LLC Signature Cards |
| 34 | SR&B Investments Enterprises, Inc. Signature Cards |
| 35 | SR&B Investments Enterprises, Inc. Investor Deposit |
| 36 | SR&B Investments Enterprises, Inc. Deposit to Highrise |
| 37 | Kingrajsingh.com excerpts |
| 38 | King Royalty Bank Signature Cards |
| 39 | Bull Run Advantage, LLC Signature Cards |
| 40 | April 2020 OANDA Statements |
| 41 | April OANDA Statements for account 6002 and 9001 |
| 42 | Tallinex Press Release |
| 43 | American Express Signature Cards |
| 44 | Highrise Advantage, LLC American Express Spending Summary |
| 45 | February and March OANDA Statement 2018 for account 4001 |
| 46 | Comparison of Trading Statements |
| 47 | March and April OANDA Statement 2017 for account 4001 |
| 48 | Comparison of Newsletter ROI |
| **B** | **DECLARATION OF SENOIR FINANCIAL INVESTAGATOR WITH THE OFFICE OF FINANCIAL REGULATION STEPHANIE ARNOLD** |
| 1 | Highrise Advantage, LLC - New Client Information |
| 2 | Highrise Advantage, LLC - Terms and Conditions |
| 3 | Clukey Statements 1961 |