# Joy McCormack
# ATTACHMENT 3



{PRIVATE }

## CERTIFICATION

With respect to:  Highrise Advantage LLC

1. I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Registration Manager. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2. Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3. Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4. As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5. In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

2

6. Under my supervision, I have caused to be conducted a review of these official CFTC records from September 2014 to the present, which disclosed the following information:

> There is no record of a registration in any capacity for Highrise Advantage LLC ("HA"). HA has filed a Notice of Claim of Exemption from Commodity Pool Operator registration pursuant to CFTC Rule 4.13(a)(2) with reference to Highrise Advantage, which is listed as a commodity pool currently operated by HA.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: April 21, 2020

*Sandra A. Jung*
Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois 60606