# Joy McCormack
# ATTACHMENT 41



**Account Statement**

OANDA Corporation
315 West 36th Street, 9th floor
New York, NY 10018

Phone: +1 212 858 7690
Fax: +1 212 208 4356
Email: frontdesk@oanda.com

Daniel A Cologero
2600 Oak Hammock Preserve Blvd
Kissimmee, FL 34746 United States

| | |
|---|---|
| Statement Period | April 2020 |
| Account Number | ███████6-002 |
| Account Name | MT4 |
| Account Currency | USD |
| Leverage | 50:1 |

## Account Summary

| | |
|---|---|
| Opening Balance | $4,553.70 |
| Opening Unrealized P/L | $0.00 |
| Opening NAV | $4,553.70 |
| Realized Profit | $0.00 |
| Realized Loss | $0.00 |
| Net Realized P/L | $0.00 |
| Withdrawals | $0.00 |
| Deposits | $0.00 |
| Financing | $0.00 |
| Commission | $0.00 |
| Adjustments | $0.00 |
| Closing Balance | $4,553.70 |
| Closing Unrealized P/L | $0.00 |
| Closing NAV | $4,553.70 |

## Account Leverage

| | |
|---|---|
| Mar 31 | = 50:1 |
| Apr 30 | = 50:1 |

## Trading Summary

| Instrument | Orders Filled | Volume | Net P/L | Loss | P/L Ratio | Profit | Financing | Commission |
|---|---|---|---|---|---|---|---|---|
| Total: | 0 | | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |

## Transfers and Fees

| Date | Type | Method | Debit | Credit | Fee |
|---|---|---|---|---|---|
| | Total: | | $0.00 | $0.00 | $0.00 |

## Open Positions

| Instrument | Direction | Units | Trades | Average Open Price | Closeout Price | Unrealized P/L |
|---|---|---|---|---|---|---|

OANDA forex clients in the United States can receive reports on trade execution. On request, OANDA will generate a Trade Execution Report (https://www.oanda.com/account/execution-report) of all the transactions OANDA executed, in the same currency pair, in the 15 minute windows before and after the client's transaction. The report will contain up to 15 transactions from each time period.

For informational purposes only. Errors & omissions excluded. Not intended as investment advice or for trading purposes. No warranties of accuracy, completeness or timeliness apply. OANDA assumes no liability for any decisions made in reliance thereon.



OANDA Corporation  
315 West 36th Street, 9th floor  
New York, NY 10018  
Phone: +1 212 858 7690  
Fax: +1 212 208 4356  
Email: frontdesk@oanda.com

## Account Summary

| | |
|---|---|
| Opening Balance | $1,171.68 |
| Opening Unrealized P/L | $0.00 |
| Opening NAV | $1,171.68 |
| Realized Profit | $0.00 |
| Realized Loss | $0.00 |
| Net Realized P/L | $0.00 |
| Withdrawals | $0.00 |
| Deposits | $0.00 |
| Financing | $0.00 |
| Commission | $0.00 |
| Adjustments | -$10.00 |
| Closing Balance | $1,161.68 |
| Closing Unrealized P/L | $0.00 |
| Closing NAV | $1,161.68 |

HEMRAJ D SINGH  
275 van nostrand ave.  
jersey city, NJ 07305 United States

| | |
|---|---|
| **Statement Period** | April 2020 |
| **Account Number** | ▮▮▮▮▮9-001 |
| Account Name | MT4- |
| Account Currency | USD |
| Leverage | 50:1 |

## Account Leverage

| | |
|---|---|
| Mar 31 | = 50:1 |
| Apr 30 | = 50:1 |

## Trading Summary

| Instrument | Orders Filled | Volume | Net P/L | Loss | P/L Ratio | Profit | Financing | Commission |
|---|---|---|---|---|---|---|---|---|
| Total: | 0 | | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |

## Transfers and Fees

| Date | Type | Method | Debit | Credit | Fee |
|---|---|---|---|---|---|
| 2020-Apr-28 | Withdrawal | Debit Adjustment | $10.00 | $0.00 | $0.00 |
| | Total: | | $10.00 | $0.00 | $0.00 |

## Open Positions

| Instrument | Direction | Units | Trades | Average Open Price | Closeout Price | Unrealized P/L |
|---|---|---|---|---|---|---|

OANDA forex clients in the United States can receive reports on trade execution. On request, OANDA will generate a Trade Execution Report (https://www.oanda.com/account/execution-report) of all the transactions OANDA executed, in the same currency pair, in the 15 minute windows before and after the client's transaction. The report will contain up to 15 transactions from each time period.

For informational purposes only. Errors & omissions excluded. Not intended as investment advice or for trading purposes. No warranties of accuracy, completeness or timeliness apply. OANDA assumes no liability for any decisions made in reliance thereon.