**U.S. CFTC v. Highrise Advantage, et al.**
Summary of Comparison Between Investor 1 Monthly Statements from Highrise
to Actual Trading Statements by RFED to Highrise

| HIGHRISE MONTHLY STATEMENTS ISSUED TO POOL PARTICIPANT#2 | | | | | | RFED1 ACTUAL MONTHLY FOREX STATEMENTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Pool Participant Account# | Stmt Date | Transaction Date | Description | Amount | Account Balance | Month | Actual Forex Trading Balance | Actual Forex Profits | Test#1 Re Account Balance | Test#2 Re Account Profits |
| 1961 | 2/28/2017 | 2/28/2017 | Opening Balance | $45,000.00 | $ 45,000.00 | Feb-17 | $49,972.62 | $212.98 | TRUE[1] | |
| 1961 | 3/31/2017 | 3/31/2017 | Profit | $2,195.00 | $ 47,195.00 | Mar-17 | $99,804.80 | $3,803.33 | TRUE | TRUE |
| 1961 | 4/28/2017 | 4/21/2017 | Deposit | $40,000.00 | $ 87,195.00 | Apr-17 | $101,696.89 | -$545.43 | TRUE | |
| 1961 | 4/28/2017 | 4/28/2017 | Profit | $3,098.00 | $ 90,293.00 | Apr-17 | $101,696.89 | -$545.43 | TRUE | FALSE |
| 1961 | 5/31/2017 | 5/24/2017 | Withdrawal | -$7,000.00 | $ 83,293.00 | May-17 | $102,503.56 | $721.10 | TRUE | |
| 1961 | 5/31/2017 | 5/31/2017 | Profit | $4,505.62 | $ 87,798.62 | May-17 | $102,503.56 | $721.10 | TRUE | FALSE |
| 1961 | 6/30/2017 | 6/22/2017 | Withdrawal | -$4,000.00 | $ 83,798.62 | Jun-17 | $102,171.44 | -$17.43 | TRUE | |
| 1961 | 6/30/2017 | 6/30/2017 | Profit | $4,112.00 | $ 87,910.62 | Jun-17 | $102,171.44 | -$17.43 | TRUE | FALSE |
| 1961 | 7/31/2017 | 7/31/2017 | Profit | $4,386.74 | $ 92,297.36 | Jul-17 | $105,754.04 | -$4,102.29 | TRUE | FALSE |
| 1961 | 8/31/2017 | 8/25/2017 | Withdrawal | -$6,000.00 | $ 86,297.36 | Aug-17 | $101,163.21 | $6,990.53 | TRUE | |
| 1961 | 8/31/2017 | 8/31/2017 | Profit | $4,332.13 | $ 90,629.49 | Aug-17 | $101,163.21 | $6,990.53 | TRUE | TRUE |
| 1961 | 9/29/2017 | 9/29/2017 | Profit | $4,168.96 | $ 94,798.45 | Sep-17 | $154,840.51 | $49,141.69 | TRUE | TRUE |
| 1961 | 10/31/2017 | 9/29/2017 | Withdrawal | -$3,500.00 | $ 91,298.45 | Sep-17 | $154,840.51 | $49,141.69 | TRUE | |
| 1961 | 10/31/2017 | 10/31/2017 | Profit | $4,455.36 | $ 95,753.81 | Oct-17 | $149,322.96 | $12,260.27 | TRUE | TRUE |
| 1961 | 11/30/2017 | 11/9/2017 | Withdrawal | -$4,000.00 | $ 91,753.81 | Nov-17 | $114,796.91 | -$5,682.03 | TRUE | |
| 1961 | 11/30/2017 | 11/16/2017 | Ref Bonus | $150.00 | $ 91,903.81 | Nov-17 | $114,796.91 | -$5,682.03 | TRUE | |
| 1961 | 11/30/2017 | 11/30/2017 | Profit | $4,291.91 | $ 96,195.72 | Nov-17 | $114,796.91 | -$5,682.03 | TRUE | FALSE |
| 1961 | 12/29/2017 | 12/29/2017 | Profit | $4,800.17 | $ 100,995.89 | Dec-17 | $1,534.50 | $9,737.56 | FALSE | TRUE |
| 1961 | 12/29/2017 | 12/29/2017 | Withdrawal | -$5,000.00 | $ 95,995.89 | Dec-17 | $1,534.50 | $9,737.56 | FALSE | |
| 1961 | 1/31/2018 | 1/31/2018 | Profit | $4,895.79 | $ 100,891.68 | Jan-18 | $977.82 | -$588.50 | FALSE | FALSE |
| 1961 | 3/12/2018 | 2/2/2018 | Withdrawal | -$4,000.00 | $ 96,891.68 | Feb-18 | $912.84 | -$85.49 | FALSE | |
| 1961 | 3/12/2018 | 2/28/2018 | Profit | $3,011.00 | $ 99,902.68 | Feb-18 | $912.84 | -$85.49 | FALSE | FALSE |
| 1961 | 3/30/2018 | 3/12/2018 | Withdrawal | -$4,500.00 | $ 95,402.68 | Mar-18 | $97,260.72 | -$12,204.77 | TRUE | |
| 1961 | 3/30/2018 | 3/30/2018 | Profit | $4,109.00 | $ 99,511.68 | Mar-18 | $97,260.72 | -$12,204.77 | FALSE | FALSE |
| 1961 | 4/30/2018 | 3/30/2018 | Withdrawal | -$3,500.00 | $ 96,011.68 | Mar-18 | $97,260.72 | -$12,204.77 | TRUE | |
| 1961 | 4/30/2018 | 4/30/2018 | Profit | $4,790.98 | $ 100,802.66 | Apr-18 | $102,103.39 | $4,461.66 | TRUE | FALSE |

*Subject to Change, Pending Gathering and
Analyzing of Additional Information*

Compare to Stmts

*Prepared by:
Sr. Investigator
Joy McCormack*

**U.S. CFTC v. Highrise Advantage, et al.**
**Summary of Comparison Between Investor 1 Monthly Statements from Highrise**
**to Actual Trading Statements by RFED to Highrise**

| HIGHRISE MONTHLY STATEMENTS ISSUED TO POOL PARTICIPANT#2 | | | | | | RFED1 ACTUAL MONTHLY FOREX STATEMENTS | | | Test#1 Re Account Balance | Test#2 Re Account Profits |
|---|---|---|---|---|---|---|---|---|---|---|
| Pool Participant Account# | Stmt Date | Transaction Date | Description | Amount | Account Balance | Month | Actual Forex Trading Balance | Actual Forex Profits | | |
| 1961 | 4/30/2018 | 4/30/2018 | Withdrawal | -$4,500.00 | $96,302.66 | Apr-18 | $102,103.39 | $4,461.66 | TRUE | |
| 1961 | 6/29/2018 | 5/31/2018 | Profit | $4,834.39 | $101,137.05 | May-18 | $115,963.22 | $13,859.83 | TRUE | TRUE |
| 1961 | 6/29/2018 | 6/1/2018 | Withdrawal | -$4,500.00 | $96,637.05 | Jun-18 | $138,335.59 | $22,372.36 | TRUE | |
| 1961 | 6/29/2018 | 6/29/2018 | Profit | $4,445.30 | $101,082.35 | Jun-18 | $138,335.59 | $22,372.36 | TRUE | TRUE |
| 1961 | 7/31/2018 | 7/9/2018 | Withdrawal | -$4,000.00 | $97,082.35 | Jul-18 | $360,788.24 | $997.37 | TRUE | |
| 1961 | 7/31/2018 | 7/31/2018 | Profit | $4,737.62 | $101,819.97 | Jul-18 | $360,788.24 | $997.37 | TRUE | FALSE |
| 1961 | 8/31/2018 | 8/7/2018 | Withdrawal | -$4,000.00 | $97,819.97 | Aug-18 | $273,636.62 | -$65,696.34 | TRUE | |
| 1961 | 8/31/2018 | 8/31/2018 | Profit | $4,801.00 | $102,620.97 | Aug-18 | $273,636.62 | -$65,696.34 | TRUE | FALSE |
| 1961 | 9/28/2018 | 9/4/2018 | Withdrawal | -$3,500.00 | $99,120.97 | Sep-18 | $269,639.92 | -$3,996.71 | TRUE | |
| 1961 | 9/28/2018 | 9/28/2018 | Profit | $4,765.00 | $103,885.97 | Sep-18 | $269,639.92 | -$3,996.71 | TRUE | FALSE |
| 1961 | 10/31/2018 | 10/10/2018 | Withdrawal | -$3,500.00 | $100,385.97 | Oct-18 | $265,985.67 | -$8,658.67 | TRUE | |
| 1961 | 10/31/2018 | 10/31/2018 | Profit | $4,799.00 | $105,184.97 | Oct-18 | $265,985.67 | -$8,658.67 | TRUE | FALSE |
| 1961 | 11/30/2018 | 10/31/2018 | Withdrawal | -$4,500.00 | $100,684.97 | Oct-18 | $265,985.67 | -$8,658.67 | TRUE | |
| 1961 | 11/30/2018 | 11/30/2018 | Profit | $5,024.18 | $105,709.15 | Nov-18 | $257,243.47 | -$9,915.96 | TRUE | FALSE |
| 1961 | 12/28/2018 | 12/3/2018 | Withdrawal | -$5,000.00 | $100,709.15 | Dec-18 | $261,788.28 | -$449.07 | TRUE | |
| 1961 | 12/28/2018 | 12/28/2018 | Profit | $4,902.00 | $105,611.15 | Dec-18 | $261,788.28 | -$449.07 | TRUE | FALSE |
| 1961 | 1/31/2019 | 1/31/2019 | Profit | $5,122.00 | $110,733.15 | Jan-19 | $270,334.77 | $16,328.69 | TRUE | TRUE |
| 1961 | 2/28/2019 | 2/11/2019 | Withdrawal | -$7,500.00 | $103,233.15 | Feb-19 | $277,903.54 | $9,061.84 | TRUE | |
| 1961 | 2/28/2019 | 2/28/2019 | Profit | $5,264.89 | $108,498.04 | Feb-19 | $277,903.54 | $9,061.84 | TRUE | TRUE |
| 1961 | 3/29/2019 | 3/1/2019 | Withdrawal | -$5,000.00 | $103,498.04 | Mar-19 | $286,983.12 | $1,621.65 | TRUE | |
| 1961 | 3/29/2019 | 3/29/2019 | Profit | $5,164.55 | $108,662.59 | Mar-19 | $286,983.12 | $1,621.65 | TRUE | FALSE |
| 1961 | 4/30/2019 | 3/29/2019 | Withdrawal | -$7,000.00 | $101,662.59 | Mar-19 | $286,983.12 | $1,621.65 | TRUE | |
| 1961 | 4/30/2019 | 4/30/2019 | Profit | $4,988.00 | $106,650.59 | Apr-19 | $543,704.97 | $14,404.81 | TRUE | TRUE |
| 1961 | 5/31/2019 | 5/3/2019 | Withdrawal | -$4,000.00 | $102,650.59 | May-19 | $559,047.15 | $17,013.74 | TRUE | |
| 1961 | 5/31/2019 | 5/31/2019 | Profit | $5,153.06 | $107,803.65 | May-19 | $559,047.15 | $17,013.74 | TRUE | TRUE |
| 1961 | 6/28/2019 | 5/31/2019 | Withdrawal | -$5,500.00 | $102,303.65 | May-19 | $559,047.15 | $17,013.74 | TRUE | |

*Subject to Change, Pending Gathering and Analyzing of Additional Information*

Compare to Stmts

*Prepared by:
Sr. Investigator
Joy McCormack*

**U.S. CFTC v. Highrise Advantage, et al.**

**Summary of Comparison Between Investor 1 Monthly Statements from Highrise to Actual Trading Statements by RFED to Highrise**

| HIGHRISE MONTHLY STATEMENTS ISSUED TO POOL PARTICIPANT#2 | | | | | | RFED1 ACTUAL MONTHLY FOREX STATEMENTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Pool Participant Account# | Stmt Date | Transaction Date | Description | Amount | Account Balance | Month | Actual Forex Trading Balance | Actual Forex Profits | Test#1 Re Account Balance | Test#2 Re Account Profits |
| 1961 | 6/28/2019 | 6/28/2019 | Profit | $4,705.97 | $ 107,009.62 | Jun-19 | $568,436.37 | $8,435.20 | TRUE | TRUE |
| 1961 | 7/31/2019 | 7/3/2019 | Withdrawal | -$5,000.00 | $ 102,009.62 | Jul-19 | $573,862.66 | -$12,705.58 | TRUE | |
| 1961 | 7/31/2019 | 7/31/2019 | Profit | $4,796.00 | $ 106,805.62 | Jul-19 | $573,862.66 | -$12,705.58 | TRUE | FALSE |
| 1961 | 8/30/2019 | 7/31/2019 | Withdrawal | -$5,000.00 | $ 101,805.62 | Jul-19 | $573,862.66 | -$12,705.58 | TRUE | |
| 1961 | 8/30/2019 | 8/30/2019 | Profit | $4,955.00 | $ 106,760.62 | Aug-19 | $594,299.58 | $24,928.37 | TRUE | TRUE |

**In sum, of the 30 statements issued to Pool Participant #2, at least 18 of them falsely represent fictitious forex trading profits and/or account balances.**

Footnote[1]:  A notation of "True" in a cell doesn't necessarily mean that the statement for that period is accurate, only that due to incomplete information, we cannot deem it false at this time.

*Subject to Change, Pending Gathering and Analyzing of Additional Information*

Compare to Stmts

*Prepared by:
Sr. Investigator
Joy McCormack*