# Stephanie Arnold
# ATTACHMENT 3

Highrise Advantage



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

2/28/17
■■■1961
Forex Investment

P■■ C■■■
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078
███████████████

| Date | Description | AMOUNT | Account Balance |
|------|-------------|--------|-----------------|
| 2/28/17 | Opening Balance | 45,000.00 | 45,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**THANK YOU FOR YOUR BUSINESS!**

Highrise Advantage



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

P█C█
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078
████████████

3/31/17
█1961
Forex Investment

| Date | Description | AMOUNT | Account Balance |
|---|---|---|---|
| 2/28/17 | Opening Balance | 45,000.00 | 45,000.00 |
| 3/31/17 | Profit | 2,195.00 | 47,195.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**THANK YOU FOR YOUR BUSINESS!**

Highrise Advantage



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

4/28/17
█1961
Forex Investment

P██ C██████
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078

███████████████████

| Date | Description | AMOUNT | Account Balance |
|------|-------------|--------|-----------------|
| 2/28/17 | Opening Balance | 45,000.00 | 45,000.00 |
| 3/31/17 | Profit | 2,195.00 | 47,195.00 |
| 4/21/17 | Deposit | 40000 | 87,195.00 |
| 4/28/17 | Profit | 3,098.00 | 90,293.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**THANK YOU FOR YOUR BUSINESS!**

Florida Office of Financial Regulation-0000000122-00003

Highrise Advantage



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

5/31/17
█1961
Forex Investment

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078

| Date | Description | AMOUNT | Account Balance |
|---|---|---|---|
| 2/28/17 | Opening Balance | 45,000.00 | 45,000.00 |
| 3/31/17 | Profit | 2,195.00 | 47,195.00 |
| 4/21/17 | Deposit | 40000 | 87,195.00 |
| 4/28/17 | Profit | 3,098.00 | 90,293.00 |
| 5/24/17 | Withdrawal | -7000 | 83,293.00 |
| 5/31/17 | Profit | 4,505.62 | 87,798.62 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**THANK YOU FOR YOUR BUSINESS!**

Highrise Advantage



6900 Tavistock Lakes Blvd., Suite 400                                6/30/17
Orlando, FL 32827                                                    ███1961
Phone: (321) 677-2096                                          Forex Investment
Fax: (888)-814-5366
info@HighriseAdvantage.com

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078
████████████████

| Date | Description | AMOUNT | Account Balance |
|------|-------------|--------|-----------------|
| 2/28/17 | Opening Balance | 45,000.00 | 45,000.00 |
| 3/31/17 | Profit | 2,195.00 | 47,195.00 |
| 4/21/17 | Deposit | 40000 | 87,195.00 |
| 4/28/17 | Profit | 3,098.00 | 90,293.00 |
| 5/24/17 | Withdrawal | -7000 | 83,293.00 |
| 5/31/17 | Profit | 4,505.62 | 87,798.62 |
| 6/22/17 | Withdrawal | -4000 | 83,798.62 |
| 6/30/17 | Profit | 4,112.00 | 87,910.62 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**THANK YOU FOR YOUR BUSINESS!**

Highrise Advantage



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

7/31/17
█████1961
Forex Investment

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078
████████████████

| Date | Description | AMOUNT | Account Balance |
|------|-------------|--------|-----------------|
| 2/28/17 | Opening Balance | 45,000.00 | 45,000.00 |
| 3/31/17 | Profit | 2,195.00 | 47,195.00 |
| 4/21/17 | Deposit | 40000 | 87,195.00 |
| 4/28/17 | Profit | 3,098.00 | 90,293.00 |
| 5/24/17 | Withdrawal | -7000 | 83,293.00 |
| 5/31/17 | Profit | 4,505.62 | 87,798.62 |
| 6/22/17 | Withdrawal | -4000 | 83,798.62 |
| 6/30/17 | Profit | 4,112.00 | 87,910.62 |
| 7/31/17 | Profit | 4,386.74 | 92,297.36 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**THANK YOU FOR YOUR BUSINESS!**

Highrise Advantage



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078

8/31/17
■1961
Forex Investment

| Date | Description | AMOUNT | Account Balance |
|---|---|---|---|
| 2/28/17 | Opening Balance | 45,000.00 | 45,000.00 |
| 3/31/17 | Profit | 2,195.00 | 47,195.00 |
| 4/21/17 | Deposit | 40000 | 87,195.00 |
| 4/28/17 | Profit | 3,098.00 | 90,293.00 |
| 5/24/17 | Withdrawal | -7000 | 83,293.00 |
| 5/31/17 | Profit | 4,505.62 | 87,798.62 |
| 6/22/17 | Withdrawal | -4000 | 83,798.62 |
| 6/30/17 | Profit | 4,112.00 | 87,910.62 |
| 7/31/17 | Profit | 4,386.74 | 92,297.36 |
| 8/25/17 | Withdrawal | -6000 | 86,297.36 |
| 8/31/17 | Profit | 4,332.13 | 90,629.49 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**THANK YOU FOR YOUR BUSINESS!**

Florida Office of Financial Regulation-0000000115-00001

Highrise Advantage



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

9/29/17
█1961
Forex Investment

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078
██████████████

| Date | Description | AMOUNT | Account Balance |
|------|-------------|--------|-----------------|
| 2/28/17 | Opening Balance | 45,000.00 | 45,000.00 |
| 3/31/17 | Profit | 2,195.00 | 47,195.00 |
| 4/21/17 | Deposit | 40000 | 87,195.00 |
| 4/28/17 | Profit | 3,098.00 | 90,293.00 |
| 5/24/17 | Withdrawal | -7000 | 83,293.00 |
| 5/31/17 | Profit | 4,505.62 | 87,798.62 |
| 6/22/17 | Withdrawal | -4000 | 83,798.62 |
| 6/30/17 | Profit | 4,112.00 | 87,910.62 |
| 7/31/17 | Profit | 4,386.74 | 92,297.36 |
| 8/25/17 | Withdrawal | -6000 | 86,297.36 |
| 8/31/17 | Profit | 4,332.13 | 90,629.49 |
| 9/29/17 | Profit | 4,168.96 | 94,798.44 |

**THANK YOU FOR YOUR BUSINESS!**

Florida Office of Financial Regulation-0000000116-00001

Highrise Advantage



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

10/31/17
███ 1961
Forex Investment

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078
████████████

| Date | Description | AMOUNT | Account Balance |
|------|-------------|--------|-----------------|
| 2/28/17 | Opening Balance | 45,000.00 | 45,000.00 |
| 3/31/17 | Profit | 2,195.00 | 47,195.00 |
| 4/21/17 | Deposit | 40000 | 87,195.00 |
| 4/28/17 | Profit | 3,098.00 | 90,293.00 |
| 5/24/17 | Withdrawal | -7000 | 83,293.00 |
| 5/31/17 | Profit | 4,505.62 | 87,798.62 |
| 6/22/17 | Withdrawal | -4000 | 83,798.62 |
| 6/30/17 | Profit | 4,112.00 | 87,910.62 |
| 7/31/17 | Profit | 4,386.74 | 92,297.36 |
| 8/25/17 | Withdrawal | -6000 | 86,297.36 |
| 8/31/17 | Profit | 4,332.13 | 90,629.49 |
| 9/29/17 | Profit | 4,168.96 | 94,798.44 |
| 9/29/17 | Withdrawal | -3,500.00 | 91,298.44 |
| 10/31/17 | Profit | 4,455.36 | 95,753.81 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**THANK YOU FOR YOUR BUSINESS!**

Highrise Advantage



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

11/30/17
█████1961
Forex Investment

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078
████████████

| Date | Description | AMOUNT | Account Balance |
|------|-------------|-------:|----------------:|
| 2/28/17 | Opening Balance | 45,000.00 | 45,000.00 |
| 3/31/17 | Profit | 2,195.00 | 47,195.00 |
| 4/21/17 | Deposit | 40000 | 87,195.00 |
| 4/28/17 | Profit | 3,098.00 | 90,293.00 |
| 5/24/17 | Withdrawal | -7000 | 83,293.00 |
| 5/31/17 | Profit | 4,505.62 | 87,798.62 |
| 6/22/17 | Withdrawal | -4000 | 83,798.62 |
| 6/30/17 | Profit | 4,112.00 | 87,910.62 |
| 7/31/17 | Profit | 4,386.74 | 92,297.36 |
| 8/25/17 | Withdrawal | -6000 | 86,297.36 |
| 8/31/17 | Profit | 4,332.13 | 90,629.49 |
| 9/29/17 | Profit | 4,168.96 | 94,798.44 |
| 9/29/17 | Withdrawal | -3,500.00 | 91,298.44 |
| 10/31/17 | Profit | 4,455.36 | 95,753.81 |
| 11/9/17 | Withdrawal | -4,000.00 | 91,753.81 |
| 11/16/17 | Ref Bonus | 150.00 | 91,903.81 |
| 11/30/17 | Profit | 4,291.91 | 96,195.72 |
| | | | |
| | | | |
| | | | |
| | | | |

**THANK YOU FOR YOUR BUSINESS!**

Florida Office of Financial Regulation-0000000118-00001

Highrise Advantage



6900 Tavistock Lakes Blvd., Suite 400                    12/29/17
Orlando, FL 32827                                        ███1961
Phone: (321) 677-2096                                   Forex Investment
Fax: (888)-814-5366
info@HighriseAdvantage.com

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078
████████████████

| Date | Description | AMOUNT | Account Balance |
|------|-------------|--------|-----------------|
| 2/28/17 | Opening Balance | 45,000.00 | 45,000.00 |
| 3/31/17 | Profit | 2,195.00 | 47,195.00 |
| 4/21/17 | Deposit | 40000 | 87,195.00 |
| 4/28/17 | Profit | 3,098.00 | 90,293.00 |
| 5/24/17 | Withdrawal | -7000 | 83,293.00 |
| 5/31/17 | Profit | 4,505.62 | 87,798.62 |
| 6/22/17 | Withdrawal | -4000 | 83,798.62 |
| 6/30/17 | Profit | 4,112.00 | 87,910.62 |
| 7/31/17 | Profit | 4,386.74 | 92,297.36 |
| 8/25/17 | Withdrawal | -6000 | 86,297.36 |
| 8/31/17 | Profit | 4,332.13 | 90,629.49 |
| 9/29/17 | Profit | 4,168.96 | 94,798.44 |
| 9/29/17 | Withdrawal | -3,500.00 | 91,298.44 |
| 10/31/17 | Profit | 4,455.36 | 95,753.81 |
| 11/9/17 | Withdrawal | -4,000.00 | 91,753.81 |
| 11/16/17 | Ref Bonus | 150.00 | 91,903.81 |
| 11/30/17 | Profit | 4,291.91 | 96,195.72 |
| 12/29/17 | Profit | 4,800.17 | 100,995.88 |
| 12/29/17 | Withdrawal | -5,000.00 | 95,995.88 |
| | | | |
| | | | |
| | | | |

**THANK YOU FOR YOUR BUSINESS!**

Highrise Advantage



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

1/31/18
█1961
Forex Investment

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078

| Date | Description | AMOUNT | Account Balance |
|---|---|---|---|
| 1/1/18 | Opening Balance | 95,995.88 | 95,995.88 |
| 1/31/18 | Profit | 4,895.79 | 100,891.67 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**THANK YOU FOR YOUR BUSINESS!**



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

3/12/2018
█961
Forex Investment

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078

| Date | Description | AMOUNT | Account Balance |
|------|-------------|--------|-----------------|
| 1/1/2018 | Opening Balance | 95,995.88 | 95,995.88 |
| 1/31/2018 | Profit | 4,895.79 | 100,891.67 |
| 2/2/2018 | Withdrawal | -4000 | 96,891.67 |
| 2/28/2018 | Profit | 3,011.00 | 99,902.67 |



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

4/30/2018
██████1961
Forex Investment

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078

████████████████

| Date | Description | AMOUNT | Account Balance |
|---|---|---|---|
| 1/1/2018 | Opening Balance | 95,995.88 | 95,995.88 |
| 1/31/2018 | Profit | 4,895.79 | 100,891.67 |
| 2/2/2018 | Withdrawal | -4000 | 96,891.67 |
| 2/28/2018 | Profit | 3,011.00 | 99,902.67 |
| 3/12/2018 | Withdrawal | -4500 | 95,402.67 |
| 3/30/2018 | Profit | 4,109.00 | 99,511.67 |
| 3/30/2018 | Withdrawal | -3500 | 96,011.67 |
| 4/30/2018 | Profit | 4,790.98 | 100,802.65 |



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

6/29/2018

█1961
Forex Investment

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078

| Date | Description | AMOUNT | Account Balance |
|------|-------------|--------|-----------------|
| 1/1/2018 | Opening Balance | 95,995.88 | 95,995.88 |
| 1/31/2018 | Profit | 4,895.79 | 100,891.67 |
| 2/2/2018 | Withdrawal | -4000 | 96,891.67 |
| 2/28/2018 | Profit | 3,011.00 | 99,902.67 |
| 3/12/2018 | Withdrawal | -4500 | 95,402.67 |
| 3/30/2018 | Profit | 4,109.00 | 99,511.67 |
| 3/30/2018 | Withdrawal | -3500 | 96,011.67 |
| 4/30/2018 | Profit | 4,790.98 | 100,802.65 |
| 4/30/2018 | Withdrawal | -4,500.00 | 96,302.65 |
| 5/31/2018 | Profit | 4,834.39 | 101,137.05 |
| 6/1/2018 | Withdrawal | -4,500.00 | 96,637.05 |
| 6/29/2018 | Profit | 4,445.30 | 101,082.35 |

1



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

7/31/2018

█ 1961

Forex Investment

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078

███████████████

| Date | Description | AMOUNT | Account Balance |
| --- | --- | --- | --- |
| 1/1/2018 | Opening Balance | 95,995.88 | 95,995.88 |
| 1/31/2018 | Profit | 4,895.79 | 100,891.67 |
| 2/2/2018 | Withdrawal | -4000 | 96,891.67 |
| 2/28/2018 | Profit | 3,011.00 | 99,902.67 |
| 3/12/2018 | Withdrawal | -4500 | 95,402.67 |
| 3/30/2018 | Profit | 4,109.00 | 99,511.67 |
| 3/30/2018 | Withdrawal | -3500 | 96,011.67 |
| 4/30/2018 | Profit | 4,790.98 | 100,802.65 |
| 4/30/2018 | Withdrawal | -4,500.00 | 96,302.65 |
| 5/31/2018 | Profit | 4,834.39 | 101,137.05 |
| 6/1/2018 | Withdrawal | -4,500.00 | 96,637.05 |
| 6/29/2018 | Profit | 4,445.30 | 101,082.35 |
| 7/9/2018 | Withdrawal | -4,000.00 | 97,082.35 |
| 7/31/2018 | Profit | 4,737.62 | 101,819.97 |

1

Florida Office of Financial Regulation-0000000126-00001



6900 Tavistock Lakes Blvd., Suite 400

Orlando, FL 32827

Phone: (321) 677-2096

Fax: (888)-814-5366

info@HighriseAdvantage.com

8/31/2018

█1961

Forex Investment

Online Marketing Gorilla, LLC

4928 Eastlake Vista Dr

St Cloud, FL 34771

(321) 947-3078

████████████

| Date | Description | AMOUNT | Account Balance |
|------|-------------|--------|-----------------|
| 1/1/2018 | Opening Balance | 95,995.88 | 95,995.88 |
| 1/31/2018 | Profit | 4,895.79 | 100,891.67 |
| 2/2/2018 | Withdrawal | -4000 | 96,891.67 |
| 2/28/2018 | Profit | 3,011.00 | 99,902.67 |
| 3/12/2018 | Withdrawal | -4500 | 95,402.67 |
| 3/30/2018 | Profit | 4,109.00 | 99,511.67 |
| 3/30/2018 | Withdrawal | -3500 | 96,011.67 |
| 4/30/2018 | Profit | 4,790.98 | 100,802.65 |
| 4/30/2018 | Withdrawal | -4,500.00 | 96,302.65 |
| 5/31/2018 | Profit | 4,834.39 | 101,137.05 |
| 6/1/2018 | Withdrawal | -4,500.00 | 96,637.05 |
| 6/29/2018 | Profit | 4,445.30 | 101,082.35 |
| 7/9/2018 | Withdrawal | -4,000.00 | 97,082.35 |
| 7/31/2018 | Profit | 4,737.62 | 101,819.97 |
| 8/7/2018 | Withdrawal | -4,000.00 | 97,819.97 |
| 8/31/2018 | Profit | 4,801.00 | 102,620.97 |

1

Florida Office of Financial Regulation-0000000132-00001



6900 Tavistock Lakes Blvd., Suite 400

Orlando, FL 32827

Phone: (321) 677-2096

Fax: (888)-814-5366

info@HighriseAdvantage.com

9/28/2018

███1961

Forex Investment

Online Marketing Gorilla, LLC

4928 Eastlake Vista Dr

St Cloud, FL 34771

(321) 947-3078

| Date | Description | AMOUNT | Account Balance |
|------|-------------|--------|-----------------|
| 1/1/2018 | Opening Balance | 95,995.88 | 95,995.88 |
| 1/31/2018 | Profit | 4,895.79 | 100,891.67 |
| 2/2/2018 | Withdrawal | -4000 | 96,891.67 |
| 2/28/2018 | Profit | 3,011.00 | 99,902.67 |
| 3/12/2018 | Withdrawal | -4500 | 95,402.67 |
| 3/30/2018 | Profit | 4,109.00 | 99,511.67 |
| 3/30/2018 | Withdrawal | -3500 | 96,011.67 |
| 4/30/2018 | Profit | 4,790.98 | 100,802.65 |
| 4/30/2018 | Withdrawal | -4,500.00 | 96,302.65 |
| 5/31/2018 | Profit | 4,834.39 | 101,137.05 |
| 6/1/2018 | Withdrawal | -4,500.00 | 96,637.05 |
| 6/29/2018 | Profit | 4,445.30 | 101,082.35 |
| 7/9/2018 | Withdrawal | -4,000.00 | 97,082.35 |
| 7/31/2018 | Profit | 4,737.62 | 101,819.97 |
| 8/7/2018 | Withdrawal | -4,000.00 | 97,819.97 |
| 8/31/2018 | Profit | 4,801.00 | 102,620.97 |
| 9/4/2018 | Withdrawal | -3,500.00 | 99,120.97 |
| 9/28/2018 | Profit | 4,765.00 | 103,885.97 |

1

Florida Office of Financial Regulation-0000000133-00001



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

10/31/2018
█1961
Forex Investment

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078
██████████

| Date | Description | AMOUNT | Account Balance |
|------|-------------|--------|-----------------|
| 1/1/2018 | Opening Balance | 95,995.88 | 95,995.88 |
| 1/31/2018 | Profit | 4,895.79 | 100,891.67 |
| 2/2/2018 | Withdrawal | -4000 | 96,891.67 |
| 2/28/2018 | Profit | 3,011.00 | 99,902.67 |
| 3/12/2018 | Withdrawal | -4500 | 95,402.67 |
| 3/30/2018 | Profit | 4,109.00 | 99,511.67 |
| 3/30/2018 | Withdrawal | -3500 | 96,011.67 |
| 4/30/2018 | Profit | 4,790.98 | 100,802.65 |
| 4/30/2018 | Withdrawal | -4,500.00 | 96,302.65 |
| 5/31/2018 | Profit | 4,834.39 | 101,137.05 |
| 6/1/2018 | Withdrawal | -4,500.00 | 96,637.05 |
| 6/29/2018 | Profit | 4,445.30 | 101,082.35 |
| 7/9/2018 | Withdrawal | -4,000.00 | 97,082.35 |
| 7/31/2018 | Profit | 4,737.62 | 101,819.97 |
| 8/7/2018 | Withdrawal | -4,000.00 | 97,819.97 |
| 8/31/2018 | Profit | 4,801.00 | 102,620.97 |
| 9/4/2018 | Withdrawal | -3,500.00 | 99,120.97 |
| 9/28/2018 | Profit | 4,765.00 | 103,885.97 |
| 10/10/2018 | Withdrawal | -3,500.00 | 100,385.97 |
| 10/31/2018 | Profit | 4,799.00 | 105,184.97 |

1

Florida Office of Financial Regulation-0000000134-00001



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

11/30/2018
█1961
Forex Investment

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078

███████████████

| Date | Description | AMOUNT | Account Balance |
|------|-------------|--------|-----------------|
| 1/1/2018 | Opening Balance | 95,995.88 | 95,995.88 |
| 1/31/2018 | Profit | 4,895.79 | 100,891.67 |
| 2/2/2018 | Withdrawal | -4000 | 96,891.67 |
| 2/28/2018 | Profit | 3,011.00 | 99,902.67 |
| 3/12/2018 | Withdrawal | -4500 | 95,402.67 |
| 3/30/2018 | Profit | 4,109.00 | 99,511.67 |
| 3/30/2018 | Withdrawal | -3500 | 96,011.67 |
| 4/30/2018 | Profit | 4,790.98 | 100,802.65 |
| 4/30/2018 | Withdrawal | -4,500.00 | 96,302.65 |
| 5/31/2018 | Profit | 4,834.39 | 101,137.05 |
| 6/1/2018 | Withdrawal | -4,500.00 | 96,637.05 |
| 6/29/2018 | Profit | 4,445.30 | 101,082.35 |
| 7/9/2018 | Withdrawal | -4,000.00 | 97,082.35 |
| 7/31/2018 | Profit | 4,737.62 | 101,819.97 |
| 8/7/2018 | Withdrawal | -4,000.00 | 97,819.97 |
| 8/31/2018 | Profit | 4,801.00 | 102,620.97 |
| 9/4/2018 | Withdrawal | -3,500.00 | 99,120.97 |
| 9/28/2018 | Profit | 4,765.00 | 103,885.97 |
| 10/10/2018 | Withdrawal | -3,500.00 | 100,385.97 |
| 10/31/2018 | Profit | 4,799.00 | 105,184.97 |
| 10/31/2018 | Withdrawal | -4,500.00 | 100,684.97 |
| 11/30/2018 | Profit | 5,024.18 | 105,709.15 |

1

Florida Office of Financial Regulation-0000000135-00001



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

12/28/2018
█████1961
Forex Investment

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078
████████████

| Date | Description | AMOUNT | Account Balance |
|------|-------------|--------|-----------------|
| 1/1/2018 | Opening Balance | 95,995.88 | 95,995.88 |
| 1/31/2018 | Profit | 4,895.79 | 100,891.67 |
| 2/2/2018 | Withdrawal | -4000 | 96,891.67 |
| 2/28/2018 | Profit | 3,011.00 | 99,902.67 |
| 3/12/2018 | Withdrawal | -4500 | 95,402.67 |
| 3/30/2018 | Profit | 4,109.00 | 99,511.67 |
| 3/30/2018 | Withdrawal | -3500 | 96,011.67 |
| 4/30/2018 | Profit | 4,790.98 | 100,802.65 |
| 4/30/2018 | Withdrawal | -4,500.00 | 96,302.65 |
| 5/31/2018 | Profit | 4,834.39 | 101,137.05 |
| 6/1/2018 | Withdrawal | -4,500.00 | 96,637.05 |
| 6/29/2018 | Profit | 4,445.30 | 101,082.35 |
| 7/9/2018 | Withdrawal | -4,000.00 | 97,082.35 |
| 7/31/2018 | Profit | 4,737.62 | 101,819.97 |
| 8/7/2018 | Withdrawal | -4,000.00 | 97,819.97 |
| 8/31/2018 | Profit | 4,801.00 | 102,620.97 |
| 9/4/2018 | Withdrawal | -3,500.00 | 99,120.97 |
| 9/28/2018 | Profit | 4,765.00 | 103,885.97 |
| 10/10/2018 | Withdrawal | -3,500.00 | 100,385.97 |
| 10/31/2018 | Profit | 4,799.00 | 105,184.97 |
| 10/31/2018 | Withdrawal | -4,500.00 | 100,684.97 |
| 11/30/2018 | Profit | 5,024.18 | 105,709.15 |
| 12/3/2018 | Withdrawal | -5,000.00 | 100,709.15 |

1

| 12/28/2018 | Profit | 4,902.00 | 105,611.15 |

Please note that there are still trades that are currently open and therefore are not yet reflected in your balance.

Florida Office of Financial Regulation-0000000136-00002



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078

1/31/2019
█1961
Forex Investment

| Date | Description | AMOUNT | Account Balance |
|------|-------------|--------|-----------------|
| 1/1/2019 | Opening Balance | 105,611.15 | 105,611.15 |
| 1/31/2019 | Profit | 5,122.00 | 110,733.15 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

1



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

2/28/2019
█1961
Forex Investment

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078

| Date | Description | AMOUNT | Account Balance |
|------|-------------|--------|-----------------|
| 1/1/2019 | Opening Balance | 105,611.15 | 105,611.15 |
| 1/31/2019 | Profit | 5,122.00 | 110,733.15 |
| 2/11/2019 | Withdrawal | -7500 | 103,233.15 |
| 2/28/2019 | Profit | 5,264.89 | 108,498.04 |

1



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

3/29/2019
█1961
Forex Investment

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078
████████████

| Date | Description | AMOUNT | Account Balance |
|------|-------------|--------|-----------------|
| 1/1/2019 | Opening Balance | 105,611.15 | 105,611.15 |
| 1/31/2019 | Profit | 5,122.00 | 110,733.15 |
| 2/11/2019 | Withdrawal | -7500 | 103,233.15 |
| 2/28/2019 | Profit | 5,264.89 | 108,498.04 |
| 3/1/2019 | Withdrawal | -5,000.00 | 103,498.04 |
| 3/29/2019 | Profit | 5,164.55 | 108,662.59 |

1

Florida Office of Financial Regulation-0000000139-00001



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

4/30/2019
█1961
Forex Investment

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078

██████████████

| Date | Description | AMOUNT | Account Balance |
|---|---|---|---|
| 1/1/2019 | Opening Balance | 105,611.15 | 105,611.15 |
| 1/31/2019 | Profit | 5,122.00 | 110,733.15 |
| 2/11/2019 | Withdrawal | -7500 | 103,233.15 |
| 2/28/2019 | Profit | 5,264.89 | 108,498.04 |
| 3/1/2019 | Withdrawal | -5,000.00 | 103,498.04 |
| 3/29/2019 | Profit | 5,164.55 | 108,662.59 |
| 3/29/2019 | Withdrawal | -7000 | 101,662.59 |
| 4/30/2019 | Profit | 4,988.00 | 106,650.59 |

1

Florida Office of Financial Regulation-0000000127-00001



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

5/31/2019
█1961
Forex Investment

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078

| Date | Description | AMOUNT | Account Balance |
|------|-------------|--------|-----------------|
| 1/1/2019 | Opening Balance | 105,611.15 | 105,611.15 |
| 1/31/2019 | Profit | 5,122.00 | 110,733.15 |
| 2/11/2019 | Withdrawal | -7500 | 103,233.15 |
| 2/28/2019 | Profit | 5,264.89 | 108,498.04 |
| 3/1/2019 | Withdrawal | -5,000.00 | 103,498.04 |
| 3/29/2019 | Profit | 5,164.55 | 108,662.59 |
| 3/29/2019 | Withdrawal | -7000 | 101,662.59 |
| 4/30/2019 | Profit | 4,988.00 | 106,650.59 |
| 5/3/2019 | Withdrawal | -4,000.00 | 102,650.59 |
| 5/31/2019 | Profit | 5,153.06 | 107,803.65 |

1

Florida Office of Financial Regulation-0000000128-00001



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

6/28/2019
█1961
Forex Investment

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078
████████████

| Date | Description | AMOUNT | Account Balance |
|------|-------------|--------|-----------------|
| 1/1/2019 | Opening Balance | 105,611.15 | 105,611.15 |
| 1/31/2019 | Profit | 5,122.00 | 110,733.15 |
| 2/11/2019 | Withdrawal | -7500 | 103,233.15 |
| 2/28/2019 | Profit | 5,264.89 | 108,498.04 |
| 3/1/2019 | Withdrawal | -5,000.00 | 103,498.04 |
| 3/29/2019 | Profit | 5,164.55 | 108,662.59 |
| 3/29/2019 | Withdrawal | -7000 | 101,662.59 |
| 4/30/2019 | Profit | 4,988.00 | 106,650.59 |
| 5/3/2019 | Withdrawal | -4,000.00 | 102,650.59 |
| 5/31/2019 | Profit | 5,153.06 | 107,803.65 |
| 5/31/2019 | Withdrawal | -5,500.00 | 102,303.65 |
| 6/28/2019 | Profit | 4,705.97 | 107,009.62 |

1

Florida Office of Financial Regulation-0000000129-00001



6900 Tavistock Lakes Blvd., Suite 400

Orlando, FL 32827

Phone: (321) 677-2096

Fax: (888)-814-5366

info@HighriseAdvantage.com

7/31/2019

█1961

Forex Investment

Online Marketing Gorilla, LLC

4928 Eastlake Vista Dr

St Cloud, FL 34771

(321) 947-3078

████████

| Date | Description | AMOUNT | Account Balance |
|------|-------------|--------|-----------------|
| 1/1/2019 | Opening Balance | 105,611.15 | 105,611.15 |
| 1/31/2019 | Profit | 5,122.00 | 110,733.15 |
| 2/11/2019 | Withdrawal | -7500 | 103,233.15 |
| 2/28/2019 | Profit | 5,264.89 | 108,498.04 |
| 3/1/2019 | Withdrawal | -5,000.00 | 103,498.04 |
| 3/29/2019 | Profit | 5,164.55 | 108,662.59 |
| 3/29/2019 | Withdrawal | -7000 | 101,662.59 |
| 4/30/2019 | Profit | 4,988.00 | 106,650.59 |
| 5/3/2019 | Withdrawal | -4,000.00 | 102,650.59 |
| 5/31/2019 | Profit | 5,153.06 | 107,803.65 |
| 5/31/2019 | Withdrawal | -5,500.00 | 102,303.65 |
| 6/28/2019 | Profit | 4,705.97 | 107,009.62 |
| 7/3/2019 | Withdrawal | -5,000.00 | 102,009.62 |
| 7/31/2019 | Profit | 4,796.00 | 106,805.62 |

1

Florida Office of Financial Regulation-0000000130-00001



6900 Tavistock Lakes Blvd., Suite 400
Orlando, FL 32827
Phone: (321) 677-2096
Fax: (888)-814-5366
info@HighriseAdvantage.com

8/30/2019
███1961
Forex Investment

Online Marketing Gorilla, LLC
4928 Eastlake Vista Dr
St Cloud, FL 34771
(321) 947-3078
███████████████████

| Date | Description | AMOUNT | Account Balance |
|------|-------------|--------|-----------------|
| 1/1/2019 | Opening Balance | 105,611.15 | 105,611.15 |
| 1/31/2019 | Profit | 5,122.00 | 110,733.15 |
| 2/11/2019 | Withdrawal | -7500 | 103,233.15 |
| 2/28/2019 | Profit | 5,264.89 | 108,498.04 |
| 3/1/2019 | Withdrawal | -5,000.00 | 103,498.04 |
| 3/29/2019 | Profit | 5,164.55 | 108,662.59 |
| 3/29/2019 | Withdrawal | -7000 | 101,662.59 |
| 4/30/2019 | Profit | 4,988.00 | 106,650.59 |
| 5/3/2019 | Withdrawal | -4,000.00 | 102,650.59 |
| 5/31/2019 | Profit | 5,153.06 | 107,803.65 |
| 5/31/2019 | Withdrawal | -5,500.00 | 102,303.65 |
| 6/28/2019 | Profit | 4,705.97 | 107,009.62 |
| 7/3/2019 | Withdrawal | -5,000.00 | 102,009.62 |
| 7/31/2019 | Profit | 4,796.00 | 106,805.62 |
| 7/31/2019 | Withdrawal | -5,000.00 | 101,805.62 |
| 8/30/2019 | Profit | 4,955.00 | 106,760.62 |

1

Florida Office of Financial Regulation-0000000131-00001