# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**COMMODITY FUTURES TRADING COMMISSION,**

      Plaintiff,

v.   Case No: 6:20-cv-1657-Orl-41GJK

**HIGHRISE ADVANTAGE, LLC, BULL RUN ADVANTAGE, LLC, GREEN KNIGHT INVESTMENTS, LLC, KING ROYALTY LLC, SR&B INVESTMENT ENTERPRISES, INC., AVINASH SINGH, RANDY ROSSEAU, DANIEL COLOGERO, HEMRAJ SINGH and SURUJPAUL SAHDEO,**

      Defendants.
_____/

## INTERESTED PERSONS ORDER
## DIRECTED TO DEFENDANT(S)

This Court makes an active effort to screen every case in order to identify parties and interested corporations in which any assigned judge may be a shareholder, as well as for other matters that might require consideration of recusal.  It is therefore

**ORDERED** that by **September 29, 2020, DEFENDANT GREEN KNIGHT INVESTMENTS, LLC shall file and serve a Certificate of Interested Persons and Corporate Disclosure Statement** in the following form:

CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.)   the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   [insert list]

2.)   the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:


   [insert list]

3.)   the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   [insert list]

4.)   the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:


   [insert list]

   I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.


[Date]                                          _____
                                                [Counsel of Record or Pro Se Party]
                                                   [Address and Telephone]

[Certificate of Service]

It is **FURTHER ORDERED** that no party may seek discovery from any source before filing and serving a CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT. A motion, memorandum, response, or other paper — including emergency motion — may be denied or stricken unless the filing party has previously filed and served its CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT.

**FURTHER ORDERED** that each party has a continuing obligation to file and serve an amended CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT within fourteen days of 1) discovering any ground for amendment, including notice of case reassignment to a different judicial officer; or 2) discovering any ground for recusal or disqualification of a judicial officer. A party should not routinely list an assigned district judge or magistrate judge as an "interested person" absent some non-judicial interest.

**FURTHER ORDERED** that, in order to assist the Court in determining when a conflict of interest may exist, particularly when ruling on matters formally assigned to another judge, each party shall use the full caption of the case — including the names of all parties and intervenors — on all motions, memoranda, papers, and proposed orders submitted to the Clerk. *See* Fed.R.Civ.P. 10(a); Local Rule 1.05(b) ("*et al.*" discouraged).

- 4 -

| | |
|---|---|
| <u>                ROY B. DALTON, JR.                </u><br>Roy B. Dalton, Jr. [37]<br>United States District Judge | <u>                PAUL G. BYRON                </u><br>Paul G. Byron [40]<br>United States District Judge |
| <u>                CARLOS E. MENDOZA                </u><br>Carlos E. Mendoza [41]<br>United States District Judge | <u>                WENDY W. BERGER                </u><br>Wendy W. Berger [78]<br>United States District Judge |
| <u>                G. KENDALL SHARP                </u><br>G. Kendall Sharp [18]<br>Senior United States District Judge | <u>                PATRICIA C. FAWSETT                </u><br>Patricia C. Fawsett [19]<br>Senior United States District Judge |
| <u>                GREGORY A. PRESNELL                </u><br>Gregory A. Presnell [31]<br>Senior United States District Judge | <u>                JOHN ANTOON II                </u><br>John Antoon II [28]<br>Senior United States District Judge |
| <u>                ANNE C. CONWAY                </u><br>Anne C. Conway [22]<br>Senior United States District Judge | |
| <u>                GREGORY J. KELLY                </u><br>Gregory J. Kelly [GJK]<br>United States Magistrate Judge | <u>                THOMAS B. SMITH                </u><br>Thomas B. Smith [TBS]<br>United States Magistrate Judge |
| <u>                DANIEL C. IRICK                </u><br>Daniel C. Irick [DCI]<br>United States Magistrate Judge | <u>                DAVID A. BAKER                </u><br>David A. Baker [DAB]<br>United States Magistrate Judge |
| <u>                LESLIE R. HOFFMAN                </u><br>Leslie R. Hoffman [LRH]<br>United States Magistrate Judge | <u>                EMBRY J. KIDD                </u><br>Embry J. Kidd [EJK]<br>United States Magistrate Judge |

September 15, 2020

Copies to:	All Counsel of Record
	All *Pro Se* Parties