UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COMMODITY FUTURES
TRADING COMMISSION,          Case No. 6:20-cv-1657
    Plaintiff,

v.

HIGHRISE ADVANTAGE, LLC, BULL RUN ADVANTAGE, LLC, GREEN KNIGHT INVESTMENTS, LLC, KING ROYALTY LLC, SR&B INVESTMENT ENTERPRISES, INC., AVINASH SINGH, RANDY ROSSEAU, DANIEL COLOGERO, HEMRAJ SINGH and SURUJPAUL SAHDEO,
    Defendants.

_____

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following, pursuant to this Court's Interested Persons Order:

    1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- Highrise Advantage, LLC (Defendant)

- Avinash Singh (Defendant)

    2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None.

Page **1** of **3**
Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.: 6:20-cv-01657
Certificate of Interested Persons and Corporate Disclosure Statement

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty 20 largest unsecured creditors) in bankruptcy cases:

- None.

4.) The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Carlos Lugal
- Surujall Sahadeo (ph.)
- Azar Ali
- Bertram Lewis
- Mohamed N Yusuf
- Mursha Illasarie
- Chandrawatti Maniram
- Tiffany Bassani
- Randell Crowder
- Dhanranie Dayal
- Shenelishack (ph.)
- Neera Dukhi
- Ty Parker
- María Cruz
- Orlando Cruz
- Dr. Amarnauth Dukhi
- Melissa Parker
- Edward Yanes
- Jankee Gangadeen
- Darryl Bronson
- Savi Sahadeo
- Angela Mullane
- Vidya Dyal
- Amy Shepherd
- Natasha Sharma
- Wigberto Figueroa
- Deenmattie Kean
- Jameel Mohamed
- Jankee Gangadeen
- William Keith Bookwalter
- Rakesh Persaud
- Paul Bangaroo
- Kavita Budhu
- Anosha Pakniat
- Shirde Kawalsingh
- Anandram Phanisnaraine
- Manuel Bookwalter
- Mitchel A. Migdat
- Adora J. Migdat
- Shamsundar Bux
- Juan Farias
- Jacob Kizzee
- Whitney Murph (ph.)
- Rozanna Beaumont
- Aaron Lugo
- Oleg Onishchenko
- Thomas Philips
- Max Reznik
- Ravina Rajkaran
- Dee Kean
- Ruvim Zaytsev
- Syrina Foster
- Tim Golub

I certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will

Page **2** of **3**
Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.:  6:20-cv-01657
Certificate of Interested Persons and Corporate Disclosure Statement

immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

September 21, 2020

>Respectfully submitted,
>
>*s/Jeffrey M. Garber*
>Jeffrey M. Garber, Esq.,
>FBN:102776
>CIKLIN LUBITZ
>515 No. Flagler Drive, 20th Floor
>West Palm Beach, Florida  33401
>Tel:  (561) 832-5900/Fax:  (561) 833-4219
>Email:  service@ciklinlubitz.com
>          jgarber@ciklinlubitz.com
>*Attorneys for Highrise Advantage, LLC and Avinash Singh*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 21, 2020, I electronically filed the foregoing with the Clerk of the Court and the parties of record by using the CM/ECF system.

>*s/Jeffrey M. Garber*
>Jeffrey M. Garber
>*Attorneys for Highrise Advantage, LLC and Avinash Singh*

Page **3** of **3**
Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.:  6:20-cv-01657
Certificate of Interested Persons and Corporate Disclosure Statement