UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**COMMODITY FUTURES TRADING
COMMISSION,**

**Plaintiff,**

**v.**                                                    **Case No: 6:20-cv-1657-Orl-41GJK**

**HIGHRISE ADVANTAGE, LLC, BULL
RUN ADVANTAGE, LLC, GREEN
KNIGHT INVESTMENTS, LLC, KING
ROYALTY LLC, SR&B INVESTMENT
ENTERPRISES, INC., AVINASH
SINGH, RANDY ROSSEAU, DANIEL
COLOGERO, HEMRAJ SINGH and
SURUJPAUL SAHDEO,**

**Defendants.**

_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motions for Entry of Proposed Consent Preliminary Injunctions. (Doc. Nos. 52, 56–57, 67, 69).[1] For the reasons set forth therein, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion for Entry of Proposed Consent Preliminary Injunction Against Defendants Avinash Singh and Highrise Advantage, LLC (Doc. 52) is **GRANTED**.

2. The Amended Joint Motion for Entry of Proposed Amended Consent Preliminary Injunction Against Defendants Hemraj Singh and King Royalty, LLC (Doc. 69) is **GRANTED**.

---

[1] The original motion submitted by Plaintiff, Hemraj Singh, and King Royalty, LLC, (Doc. 55), was rendered moot by the amended version, (Doc. 69), filed by the same parties.

3.  The Joint Motion for Entry of Proposed Consent Preliminary Injunction Against Defendants Daniel Cologero and Green Knight Investments, LLC (Doc. 56) is **GRANTED**.

4.  The Joint Motion for Entry of Proposed Consent Preliminary Injunction Against Defendants Randy Rosseau and Bull Run Advantage, LLC (Doc. 57) is **GRANTED**.

5.  The Joint Motion for Entry of Proposed Consent Preliminary Injunction Against Defendants Surujpaul Sahdeo and SR&B Investment Enterprises, Inc. (Doc. 67) is **GRANTED**.

6.  The Consent Orders for Preliminary Injunction (Doc. Nos. 52-1, 56-1, 57-1, 67-1, and 69-1) are **ADOPTED** and incorporated herein as part of this Order.

7.  In light of the foregoing, Plaintiff's Motion for Preliminary Injunction (Doc. 4), its Petition to Hold Preliminary Injunction Hearing Remotely (Doc. 53), and the original Joint Motion for Entry of Proposed Consent Preliminary Injunction Against Defendant's Hemraj Singh and King Loyalty, LLC (Doc. 55) are **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on September 30, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record