# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

COMMODITY FUTURES
TRADING COMMISSION,             Case No.  6:20-cv-1657
    Plaintiff,

v.

HIGHRISE ADVANTAGE, LLC, BULL RUN ADVANTAGE, LLC, GREEN KNIGHT INVESTMENTS, LLC, KING ROYALTY LLC, SR&B INVESTMENT ENTERPRISES, INC., AVINASH SINGH, RANDY ROSSEAU, DANIEL COLOGERO, HEMRAJ SINGH and SURUJPAUL SAHDEO,
    Defendants.

_____

## SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following, pursuant to this Court's Interested Persons Order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- Highrise Advantage, LLC (Defendant)

- Avinash Singh  (Defendant)

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None.

Page **1** of **3**
Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.: 6:20-cv-01657
Supplemental Certificate of Interested Persons and Corporate Disclosure Statement

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty 20 largest unsecured creditors) in bankruptcy cases:

- None.

4.) The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Debora Gornicki
- Mahindranauth Deonauth
- Nelawattie Deonauth
- David Eli Waligora
- Tessy Joseph
- Mariano Padilla
- Jennifer Prado,
- MA Investments Enterprise LLC
- James R. Rinehart
- Shanta Hall
- Soomita Tewari
- Vikash Tewari
- Amisha Tewari
- Yogeshwar K. Persaud
- JeanMichel Sverzut (ph.)
- Ernie Rosseau
- Reginald Ferguson
- Erin Kohorn
- Meena Rajram
- Dharamraj Rajram
- Maria Rosalva Meca Abad
- Bert Lewis
- Dave Lall
- Robert Brandon Hayes
- Brittany Ann Hayes
- Carly Shepherd
- Nicol Altavilla
- Ernest Rosseau
- Christopher Ali
- Vic Seonath
- Elisha Bernard (ph.)

I certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Page **2** of **3**
Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.: 6:20-cv-01657
Supplemental Certificate of Interested Persons and Corporate Disclosure Statement

October 6, 2020

        Respectfully submitted,

        *s/Jeffrey M. Garber*
        Jeffrey M. Garber, Esq.,
        FBN:102776
        CIKLIN LUBITZ
        515 No. Flagler Drive, 20th Floor
        West Palm Beach, Florida  33401
        Tel:  (561) 832-5900/Fax:  (561) 833-4219
        Email:  service@ciklinlubitz.com
                jgarber@ciklinlubitz.com
        *Attorneys for Highrise Advantage, LLC and Avinash Singh*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on October 6, 2020, I electronically filed the foregoing with the Clerk of the Court and the parties of record by using the CM/ECF system.

        *s/Jeffrey M. Garber*
        Jeffrey M. Garber
        *Attorneys for Highrise Advantage, LLC and Avinash Singh*

Page **3** of **3**
Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.:  6:20-cv-01657
Supplemental Certificate of Interested Persons and Corporate Disclosure Statement