UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO: 6:20-CV-1657-Orl-41GJK

COMMODITY FUTURES TRADING
COMMISSION,

      Plaintiff,

vs.

HIGHRISE ADVANTAGE, LLC, BULL RUN ADVANTAGE, LLC, GREEN KNIGHT INVESTMENTS, LLC, KING ROYALTY, LLC, SR&B INVESTMENT ENTERPRISES, INC., AVINASH SINGH, RANDY ROSSEAU, DANIEL COLOGERO, HEMRAJ SINGH and SURUJPAUL SAHDEO,

      Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

I.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

**Commodity Future Trading Commission - Plaintiff**
**Elizabeth M. Streit, Esquire – Attorney for Plaintiff**
**Scott R. Williamson, Esquire – Attorney for Plaintiff**
**Susan Padove, Esquire – Attorney for Plaintiff**
**Cristina Covarrubias, Esquire – Attorney for Plaintiff**

**Highrise Advantage, LLC – Defendant**
**Avinash Singh – Defendant**
**Jeffrey Mark Garber, Esquire – Attorney for Defendant, Highrise and Singh**
**Ciklin Lubitz & O'Connell – Attorney for Defendant, Highrise and Singh**

Bull Run Advantage – Defendant
Randy Rosseau - Defendant

Douglas D. Marks, Esquire - Attorney for Defendants, Bull Run and Rosseau
Douglas D. Marks, P.A. - Attorney for Defendants, Bull Run and Rosseau

Green Knight Investments, LLC – Defendant
Daniel Cologero - Defendant
Matthew J. Mueller, Esquire – Attorney for Defendant, Green Knight Investments, LLC and Cologero
Wiand Guerra King, PL – Attorney for Defendant, Green Knight Investments, LLC and Cologero

King Royalty, LLC – Defendant
Hemraj Singh – Defendant
Aaron D. Lebenta, Esquire – Attorney for Defendant, King Royalty and Singh
Brent R. Baker, Esquire – Attorney for Defendant, King Royalty and Singh
Jonathan D. Bletzacker, Esquire – Attorney for Defendant, King Royalty and Singh
Parsons Behle & Latimer – Attorney for Defendant, King Royalty and Singh
Julia M. Wischmeier, Esquire – Attorney for Defendant, King Royalty and Singh
Scottie McPherson, Esquire – Attorney for Defendant, King Royalty and Singh
Tucker H. Byrd, Esquire– Attorney for Defendant, King Royalty and Singh
Byrd Campbell, PA – Attorney for Defendant, King Royalty and Singh

R&B Investment Enterprises, Inc. – Defendant
Surujpaul Sahdeo - Defendant
Hal Kemp Litchford, Esquire – Attorney for R&B Investment and Sahdeo
Baker, Donelson, Bearman. Caldwell & Berkowitz, PC – Attorney for R&B Investment and Sahdeo
Henry B. Handler, Esquire – Attorney for R&B Investment and Sahdeo
Weiss, Handler, Angelos & Cornwell, PA – Attorney for R&B Investment and Sahdeo

II.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**(None)**

III.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

**(None)**

IV.     The name of each victim (individual and corporate), including every person who may be entitled to restitution:

**Alex Muriel**
**Ana Garcia**
**Brandon Button**
**Dan Rodriguez**
**Dave Rosseau**
**Doreen Acevedo**
**Kevin Marrs**
**Kristopher Blanc**
**Mike Galluccio**
**Benjamin Lamb**
**Brad Street**
**Brandon McKee**
**Eddy Yanes**
**Tiffany Bassani**
**Jesse Almeida**
**Joseph Curry Wells**
**John Scott**
**Patrick Bakey**
**Ryan Bonner**
**Steven Wesley**
**Susana Rodriguez**
**Adam Veres**
**Any McCrea**
**Cameron Wells**
**Cynthia Rosseau**
**Guerlyne Dalien**
**Joyce Moscovich**
**Mike Mchale**
**Rob McCarthy**
**Tanner Williams**

V.   √   I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 9, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

_____
**Douglas D. Marks, Esquire**
Florida Bar No. 0277126
DOUGLAS D. MARKS, P.A.
Mailing Address: P.O. Box 33790
Indialantic, Florida 32903-0790
Physical Address: 310 5th Avenue
Indialantic, Florida 32903
Telephone: (321) 419-0948
Facsimile: (321) 419-0965
Primary e-mail: dmarks@markslawbrevard.com
Secondary e-mail: rcortes@markslawbrevard.com
Attorney for Defendants, Bull Run and Rosseau