UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

v.

CASE NO.: 6:20-cv-1657-Orl-41GJK

HIGHRISE ADVANTAGE, LLC, BULL RUN ADVANTAGE, LLC, GREEN KNIGHT INVESTMENTS, LLC, KING ROYALTY LLC, SR&B INVESTMENT ENTERPRISES, INC., AVINASH SINGH, RANDY ROSSEAU, DANIEL COLOGERO, HEMRAJ SINGH, and SURUJPAUL SAHDEO,

    Defendants.

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT BY HEMRAJ SINGH AND KING ROYALTY LLC

Defendants HEMRAJ SING and KING ROYALTY LLC hereby disclose the following, pursuant to this Court's Interested Persons Order:

(1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- King Royalty LLC (Defendant)
- Hemraj Singh (Defendant)
- Tucker H. Byrd, Esquire, Byrd Campbell, P.A.
- Scottie N. McPherson, Byrd Campbell, P.A.

1

- Julia M. Wischmeier, Byrd Campbell, P.A.

- Brent R. Baker, Parsons Behle & Latimer

- Jonathan D. Bletzacker, Parsons Behle & Latimer

- Aaron D. Lebenta, Bletzacker, Parsons Behle & Latimer

(2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None

(3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty 20 largest unsecured creditors) in bankruptcy cases:

- None

(4) The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Defendants Hemraj Singh and King Royalty LLC are not aware of any victims of the allegations and claims asserted against them.

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

<u>**<Certificate of Service on Following Page>**</u>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 9, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which furnished a copy of the foregoing via electronic mail to all counsel of record.

*s/ Tucker H. Byrd*

**Tucker H. Byrd**
Florida Bar No. 381632
**Scottie N. McPherson**
Florida Bar No. 085137
**Julia M. Wischmeier**
Florida Bar No. 1011604
**BYRD CAMPBELL, P.A.**
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile:  (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: SMcPherson@ByrdCampbell.com
Primary Email: JWischmeier@ByrdCampbell.com
Secondary Email: EGarcia@ByrdCampbell.com
*Attorneys for Defendants Hemraj Singh and King Royalty LLC*