UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

v.

HIGHRISE ADVANTAGE, LLC, BULL RUN ADVANTAGE, LLC, GREEN KNIGHT INVESTMENTS, LLC, KING ROYALTY LLC, SR&B INVESTMENT ENTERPRISES, INC., AVINASH SINGH, RANDY ROSSEAU, DANIEL COLOGERO, HEMRAJ SINGH, and SURUJPAUL SAHDEO,

    Defendants.

CASE NO.: 6:20-cv-1657-Orl-41GJK

## NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS     related to pending or closed civil or criminal case(s) previously filed in this Court or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this notice of pendency of other actions upon each party no later than fourteen days after appearance of the party.

**<Signature on Following Page>**

Dated: October 12, 2020.

*s/ Tucker H. Byrd*
_____
**Tucker H. Byrd**
Florida Bar No. 381632
**Scottie N. McPherson**
Florida Bar No. 085137
**Julia M. Wischmeier**
Florida Bar No. 1011604
**BYRD CAMPBELL, P.A.**
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile:  (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: SMcPherson@ByrdCampbell.com
Primary Email: JWischmeier@ByrdCampbell.com
Secondary Email: EGarcia@ByrdCampbell.com
*Attorneys for Defendants Hemraj Singh and King Royalty LLC*