UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COMMODITY FUTURES
TRADING COMMISSION,                    Case No. 6:20-cv-1657
    Plaintiff,

v.

HIGHRISE ADVANTAGE, LLC, BULL RUN ADVANTAGE, LLC, GREEN KNIGHT INVESTMENTS, LLC, KING ROYALTY LLC, SR&B INVESTMENT ENTERPRISES, INC., AVINASH SINGH, RANDY ROSSEAU, DANIEL COLOGERO, HEMRAJ SINGH and SURUJPAUL SAHDEO,
    Defendants.
_____

**DEFENDANTS HIGHRISE ADVANTAGE, LLC AND
AVINASH SINGH'S ANSWER TO PLAINTIFF'S COMPLAINT**

Defendants HIGHRISE ADVANTAGE, LLC and AVINASH SINGH, by and through their undersigned counsel, file this Answer to Plaintiff COMMODITY FUTURES TRADING COMMISSION's Complaint, and state as follows:

**RESPONDING TO SUMMARY**

1. Defendants are without knowledge or information sufficient to respond to the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, 7 and 8 of Plaintiff's Complaint, and therefore, deny all allegations set forth therein.

**RESPONDING TO JURISDICTION AND VENUE**

2. Defendants are without knowledge or information sufficient to respond to the allegations contained in paragraphs 9 and 10 of Plaintiff's Complaint, and therefore, deny all

Page **1** of **7**
Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.: 6:20-cv-01657
Answer of Highrise Advantage, LLC and Avinash Singh

allegations set forth therein.

## RESPONDING TO PARTIES

3. Defendants are without knowledge or information sufficient to respond to the allegations contained in paragraph 11 of Plaintiff's Complaint, and therefore, deny all allegations set forth therein.

4. Defendants admit the allegations contained in paragraphs 12 and 13 of Plaintiff's Complaint.

5. Defendants are without knowledge or information sufficient to respond to the allegations contained in paragraphs 14, 15, 16, 17, 18, 19, 20 and 21 of Plaintiff's Complaint, and therefore, deny all allegations set forth therein.

## RESPONDING TO OTHER RELEVANT ENTITY

6. Defendants deny the allegations contained in paragraph 22 of Plaintiff's Complaint, except admit that Amaya & Company, LLC ("Amaya") is a Florida limited liability company with its principal pace of business in Kissimmee, Florida, and that Amaya's registered agent is Shanaz A. Singh, the wife of Defendant Avinash Singh. Defendants are without knowledge or information sufficient to respond to the remainder of the allegations and therefore, deny those allegations.

## RESPONDING TO STATUTORY BACKGROUND

7. Defendants are without knowledge or information sufficient to respond to the allegations contained in paragraphs 23 through 37 of Plaintiff's Complaint, and therefore, deny all allegations set forth therein.

## RESPONDING TO FACTS

8. Defendants admit the allegations contained in paragraphs 38 and 39 of Plaintiff's Complaint.

Page **2** of **7**
Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.: 6:20-cv-01657
Answer of Highrise Advantage, LLC and Avinash Singh

9. Defendants deny the allegations contained in paragraph 40 of Plaintiff's Complaint.

10. Defendants deny the allegations contained in paragraph 41 of Plaintiff's Complaint, except admit that Singh marketed himself as a successful trader.

11. Defendants admit the allegations contained in paragraph 42, 43, 44, and 45 of Plaintiff's Complaint.

12. Defendants deny the allegations contained in paragraph 46 of Plaintiff's Complaint, except admit that Highrise opened forex trading accounts with a foreign retail foreign exchange dealer.

13. Defendants are without knowledge or information sufficient to respond to the allegations contained in paragraphs 47 through 69 of Plaintiff's Complaint, and therefore, deny all allegations set forth therein.

14. Defendants admit the allegations contained in paragraphs 70-81 of Plaintiff's Complaint.

15. Defendants are without knowledge or information sufficient to respond to the allegations contained in paragraphs 82, 83 and 84 of Plaintiff's Complaint, and therefore, deny all allegations set forth therein.

**RESPONDING TO COUNT ONE**
**FRAUD AND MISREPRESENTATION**

16. With respect to the allegations contained in paragraph 85 of Plaintiff's Complaint, the Defendants adopt the allegations of paragraphs 1 through 15 above and reallege them.

17. Defendants are without knowledge or information sufficient to respond to the allegations contained in paragraphs 86 and 87 of Plaintiff's Complaint, and therefore, deny all allegations set forth therein.

18. Defendants admit the allegations contained in paragraphs 88, 89 and 90 of

Page **3** of **7**
Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.: 6:20-cv-01657
Answer of Highrise Advantage, LLC and Avinash Singh

Plaintiff's Complaint.

19. Defendants deny the allegations contained in paragraph 91 of Plaintiff's Complaint, except admit that Singh controlled Highrise.

20. Defendants are without knowledge or information sufficient to respond to the allegations contained in paragraphs 91, 92 and 93 of Plaintiff's Complaint, and therefore, deny all allegations set forth therein.

## RESPONDING TO COUNT TWO
## FRAUD BY A COMMODITY POOL OPERATOR

21. With respect to the allegations contained in paragraph 94 of Plaintiff's Complaint, the Defendants adopt the allegations of paragraphs 1 through 15 above and reallege them.

22. Defendants are without knowledge or information sufficient to respond to the allegations contained in paragraphs 95, 96, 97, 98, 99, 100 and 101 of Plaintiff's Complaint, and therefore, deny all allegations set forth therein.

23. Defendants deny the allegations contained in paragraph 102 of Plaintiff's Complaint, except admit that Singh held and exercised control over Highrise.

24. Defendants are without knowledge or information sufficient to respond to the allegations contained in paragraphs 103, 104 and 105 of Plaintiff's Complaint, and therefore, deny all allegations set forth therein.

## RESPONDING TO COUNT THREE
## FRAUD BY ASSOCIATED PERSONS OF A COMMODITY POOL OPERATOR

25. With respect to the allegations contained in paragraph 106 of Plaintiff's Complaint, the Defendants adopt the allegations of paragraphs 1 through 15 above and reallege them.

26. Defendants admit the allegations contained in paragraph 107 of Plaintiff's Complaint.

Page **4** of **7**
Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.:  6:20-cv-01657
Answer of Highrise Advantage, LLC and Avinash Singh

27.     Defendants are without knowledge or information sufficient to respond to the allegations contained in paragraph 108 of Plaintiff's Complaint, and therefore, deny all allegations set forth therein.

28.     Defendants deny the allegations contained in paragraph 109 of Plaintiff's Complaint, except admit that Singh was an agent of Highrise.

29.     Defendants are without knowledge or information sufficient to respond to the allegations contained in paragraph 110 through 124 of Plaintiff's Complaint, and therefore, deny all allegations set forth therein.

### RESPONDING TO COUNT FOUR
### FAILURE TO REGISTER AS A CPO

30.     With respect to the allegations contained in paragraph 122 of Plaintiff's Complaint, the Defendants adopt the allegations of paragraphs 1 through 15 above and reallege them.

31.     Defendants are without knowledge or information sufficient to respond to the allegations contained in paragraphs 123 through 130 of Plaintiff's Complaint, and therefore, deny all allegations set forth therein.

32.     Defendants deny the allegations contained in paragraph 131 of Plaintiff's Complaint, except admit that Singh held and exercised control over Highrise.

33.     Defendants are without knowledge or information sufficient to respond to the allegations contained in paragraphs 132, 133, 134, 135 and 136 of Plaintiff's Complaint, and therefore, deny all allegations set forth therein.

### RESPONDING TO COUNT FIVE
### FAILURE TO REGISTER AS APs OF A CPO AND ALLOWING
### UNREGISTERED APs TO REMAIN ASSOCIATED WITH A CPO

34.     With respect to the allegations contained in paragraph 137 of Plaintiff's Complaint, the Defendants adopt the allegations of paragraphs 1 through 15 above and reallege them.

Page **5** of **7**
Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.:  6:20-cv-01657
Answer of Highrise Advantage, LLC and Avinash Singh

35. Defendants are without knowledge or information sufficient to respond to the allegations contained in paragraphs 138 through 147 of Plaintiff's Complaint, and therefore, deny all allegations set forth therein.

## RESPONDING TO COUNT SIX
## FAILURE TO OPERATE COMMODITY POOL AS A SEPARATE LEGAL ENTITY

36. With respect to the allegations contained in paragraph 148 of Plaintiff's Complaint, the Defendants adopt the allegations of paragraphs 1 through 15 above and reallege them.

37. Defendants are without knowledge or information sufficient to respond to the allegations contained in paragraphs 149 through 153 of Plaintiff's Complaint, and therefore, deny all allegations set forth therein.

38. Defendants deny the allegations contained in paragraph 154 of Plaintiff's Complaint, except admit that Singh held and exercised control over Highrise.

39. Defendants are without knowledge or information sufficient to respond to the allegations contained in paragraphs 155 through 159 of Plaintiff's Complaint, and therefore, deny all allegations set forth therein.

## RESPONDING TO COUNT SEVEN
## FAILURE TO PROVIDE POOL SERVICES

40. With respect to the allegations contained in paragraph 160 of Plaintiff's Complaint, the Defendants adopt the allegations of paragraphs 1 through 15 above and reallege them.

41. Defendants are without knowledge or information sufficient to respond to the allegations contained in paragraphs 161 through 162 of Plaintiff's Complaint, and therefore, deny all allegations set forth therein.

42. Defendants deny the allegations contained in paragraph 163 of Plaintiff's Complaint, except admit that Singh held and exercised control over Highrise.

Page **6** of **7**
Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.: 6:20-cv-01657
Answer of Highrise Advantage, LLC and Avinash Singh

43. Defendants are without knowledge or information sufficient to respond to the allegations contained in paragraphs 164 through 168 of Plaintiff's Complaint, and therefore, deny all allegations set forth therein.

**WHEREFORE**, Defendants HIGHRISE ADVANTAGE, LLC and AVINASH SINGH, respectfully request that the Court enter a judgment:

a. Dismissing the Amended Complaint in its entirety; and

b. Awarding the Defendants such other relief as the Court deems just and proper.

Dated November 13, 2020

                                                                                     Respectfully submitted,

                                          *s/Jeffrey M. Garber*
                                          Jeffrey M. Garber, Esq.,
                                          FBN:102776
                                          CIKLIN LUBITZ
                                          515 No. Flagler Drive, 20th Floor
                                          West Palm Beach, Florida  33401
                                          Tel:  (561) 832-5900/Fax:  (561) 833-4219
                                          Email:  service@ciklinlubitz.com
                                                           jgarber@ciklinlubitz.com
                                          *Attorneys for Highrise Advantage, LLC and Avinash Singh*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13, 2020, I electronically filed the foregoing with the Clerk of the Court and the parties of record by using the CM/ECF system.

                                          *s/Jeffrey M. Garber*
                                          Jeffrey M. Garber
                                          *Attorneys for Highrise Advantage, LLC and Avinash Singh*

Page **7** of **7**
Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.:  6:20-cv-01657
Answer of Highrise Advantage, LLC and Avinash Singh