UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COMMODITY FUTURES
TRADING COMMISSION,   Case No. 6:20-cv-1657

    Plaintiff,

v.

HIGHRISE ADVANTAGE, LLC, BULL RUN ADVANTAGE, LLC, GREEN KNIGHT INVESTMENTS, LLC, KING ROYALTY LLC, SR&B INVESTMENT ENTERPRISES, INC., AVINASH SINGH, RANDY ROSSEAU, DANIEL COLOGERO, HEMRAJ SINGH and SURUJPAUL SAHDEO,

    Defendants.
_____

**DEFENDANTS HIGHRISE ADVANTAGE, LLC AND
AVINASH SINGH'S MOTION TO PERMIT SUBSTITUTION OF COUNSEL**

Defendants HIGHRISE ADVANTAGE, LLC and AVINASH SINGH, by and through their undersigned counsel, file this Motion to permit Substitution of Counsel, and state as follows:

1. The undersigned counsel has been counsel of record for Defendant AVINASH SINGH, and his company, Defendant HIGHRISE ADVANTAGE, LLC, since September 15, 2020 at which time a *Notice of Appearance of Counsel* was filed [DE 34].

2. Defendant AVINASH SINGH failed to appear before the Court on February 2, 2021, in a related criminal matter in which AVINASH SINGH is a defendant. Since that date, the undersigned counsel has had no contact with AVINASH SINGH.

Page **1** of **3**
Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.: 6:20-cv-01657
Highrise Advantage, LLC and Avinash Singh's Motion for Substitution of Counsel

3. Immediately following AVINASH SINGH's missed court appearance, the undersigned counsel consulted with the Florida Bar and has determined that (at least for the time being), there is an ethical obligation to continue to represent AVINASH SINGH and HIGHRISE ADVANTAGE, LLC in this action.  See Florida Bar Ethics Opinion 90-1 (July 15, 1990) and Florida Bar Ethics Opinion 72-36 (July 1, 1987), **Exhibits 1** and **2** attached hereto.

4. Effective May 15, 2022, the undersigned counsel joined the law firm Nason, Yeager, Gerson, Harris & Fumero, P.A. and seeks permission of the Court to continue to represent AVINASH SINGH and HIGHRISE ADVANTAGE, LLC.  The undersigned counsel also requests that Ciklin Lubitz (the undersigned counsel's former law firm) be relieved of any further responsibility for the matter.

**WHEREFORE**, Defendants HIGHRISE ADVANTAGE, LLC and AVINASH SINGH, respectfully request that the Court grant their motion and enter an Order:

a. Providing that Jeffrey M. Garber, Esq. of the law firm Nason, Yeager, Gerson, Harris & Fumero, P.A. be substituted as counsel of record for Defendants HIGHRISE ADVANTAGE, LLC and AVINASH SINGH;

b. Providing that the law firm of Ciklin Lubitz is relieved of any further responsibility in connection with this action; and

c. Granting the Defendants such other relief as the Court deems just and proper.

Dated June 1, 2022

Respectfully submitted,

*s/Jeffrey M. Garber*
Jeffrey M. Garber, Esq.,
FBN:102776
CIKLIN LUBITZ
515 No. Flagler Drive, 20th Floor
West Palm Beach, Florida  33401
Tel:  (561) 832-5900/Fax:  (561) 833-4219

Page **2** of **3**
Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.:  6:20-cv-01657
Highrise Advantage, LLC and Avinash Singh's Motion for Substitution of Counsel

                        Email:  service@ciklinlubitz.com
                                    jgarber@ciklinlubitz.com
*Attorneys for Highrise Advantage, LLC and Avinash Singh*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Jun 1, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which furnished a copy of the foregoing via electronic mail to all counsel of record.

                        *s/Jeffrey M. Garber*
                        Jeffrey M. Garber
                        *Attorneys for Highrise Advantage, LLC and Avinash Singh*

Page **3** of **3**
Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.:  6:20-cv-01657
Highrise Advantage, LLC and Avinash Singh's Motion for Substitution of Counsel