**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

COMMODITY FUTURES
TRADING COMMISSION,                                   Case No.  6:20-cv-1657

       Plaintiff,

v.

HIGHRISE ADVANTAGE, LLC, BULL
RUN ADVANTAGE, LLC, GREEN
KNIGHT INVESTMENTS, LLC, KING
ROYALTY LLC, SR&B INVESTMENT
ENTERPRISES, INC., AVINASH
SINGH, RANDY ROSSEAU, DANIEL
COLOGERO, HEMRAJ SINGH and
SURUJPAUL SAHDEO,

       Defendants.
_____

**MOTION TO WITHDRAW AS COUNSEL AND
REQUEST FOR STATUS CONFERENCE**

     Pursuant to Local Rule 2.02, Jeffrey M. Garber, Esq., respectfully requests leave to withdraw his appearance on behalf of Defendants HIGHRISE ADVANTAGE, LLC and AVINASH SINGH, and states as follows:

     1.     The undersigned counsel has been counsel of record for Defendant AVINASH SINGH, and his company, Defendant HIGHRISE ADVANTAGE, LLC, since September 15, 2020 at which time a *Notice of Appearance of Counsel* was filed [DE 34].

     2.     Defendant AVINASH SINGH failed to appear before the Court on February 2, 2021, in a related criminal matter in which AVINASH SINGH is a defendant.  Since that date, the undersigned counsel has had no contact with AVINASH SINGH, who has presumably fled the

United States.

3.      Immediately following AVINASH SINGH's missed court appearance, the undersigned counsel consulted with the Florida Bar and determined that there was an ethical obligation to continue to represent AVINASH SINGH and HIGHRISE ADVANTAGE, LLC in this action.  See Florida Bar Ethics Opinion 90-1 (July 15, 1990) and Florida Bar Ethics Opinion 72-36 (July 1, 1987).

4.      After two (2) years, it is clear that AVINASH SINGH will not be returning to this jurisdiction.

5.      Accordingly, the undersigned counsel seeks permission of the Court to withdraw as counsel for AVINASH SINGH and HIGHRISE ADVANTAGE, LLC.

6.      The withdrawal of the undersigned will not cause the continuance of the trial, or otherwise affect the case schedule.

7.      The undersigned Counsel is still holding funds in trust which were deposited by AVINASH SINGH as a retainer.  Those funds will be turned over to whomever the Court designates.

8.      The undersigned counsel conferred on February 13, 2023 with Elizabeth M. Streit, Esq., lead counsel for the Commodity Futures Trading Commission.  Under the unique circumstances of this matter, Ms. Streit and the undersigned counsel believe that this motion should be discussed at a Status Conference before the Court.

**WHEREFORE**, Jeffrey M. Garber, Esq., respectfully requests that the Court grant his request for a status conference to discuss his motion to withdraw and to determine the placement of the funds remaining in his retainer.

Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.:  6:20-cv-01657
Motion to Withdraw

## <u>RULE 3.01(g) CERTIFICATION</u>

Under Middle District of Florida Local Rule 3.01(g), the undersigned has conferred with counsel for all parties who do not oppose the entry of an order granting the relief requested in this motion.

Dated February14, 2023

<div style="margin-left: 50%;">

Respectfully submitted,

<u>*s/Jeffrey M. Garber*</u>
Jeffrey M. Garber, Esq.,
FBN: 102776
NASON YEAGER GERSON HARRIS &
FUMERO, P.A.
3001 PGA Blvd., Suite 305
Palm Beach Gardens, Florida  33410
Phone:  (561) 686-3307
Fax:      (561) 686-5442
Email:  jgarber@nasonyeager.com
          lmcgowen@nasonyeager.com
*Attorneys for Highrise Advantage, LLC and*
*Avinash Singh*

</div>

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 14, 2023, I caused a copy of the foregoing, **Motion to Withdraw as Counsel and Request for Status Conference** to be filed on the electronic CM/ECF system for the Middle District of Florida, which will cause a true and correct copy to be sent electronically to each of the following:

***Attorney for Plaintiff***
Susan B. Padove
Trial Counsel
Senior Trial Attorney
Attorney for Plaintiff
Commodity Futures Trading
Commission
77 West Jackson Blvd., Suite 800
Chicago, IL 60604
Tel.  (312) 596-0544
Cell: (202) 390-6885
Fax.  (312) 596-0714
*spadove@cftc.gov*

***Attorney for Defendants Daniel
Cologero and Green Knight
Investments, LLC***
Matt Mueller
Fogarty Mueller Harris, PLLC
100 E. Madison Street, Suite 202
Tampa, FL 33602
(813) 682-1730 phone
(813) 682-1731 fax
matt@fmhlegal.com

***Attorney for Defendants Daniel
Cologero and Green Knight
Investments, LLC***
Matt Mueller
Fogarty Mueller Harris, PLLC
100 E. Madison Street, Suite 202
Tampa, FL 33602
(813) 682-1730 phone
(813) 682-1731 fax
matt@fmhlegal.com

***Attorney for Defendants Randy Rosseau
and Bull Run Advantage, LLC.***
Douglas D. Marks, P.A.
310 5th Ave.
Indialantic, FL. 32903-0790
(321) 419-0948
dmarks@markslawbrevard.com

***Attorneys for Defendants Surujpaul
Sahdeo and SR&B Investment
Enterprises, Inc.***
Henry B. Handler
William J. Berger
David K. Friedman
Weiss, Handler, & Cornwell, P.A.
2255 Glades Road, Suite 205-East
Boca Raton, FL 33431
(561) 997-9995 phone
(561) 997-5280 fax
hbh@whcfla.com
wjb@whcfla.com
dkf@whcfla.com
   **and**

***Attorney for Defendants Hemraj Singh
and King Royalty LLC***
***Clifford J. Geismar***
The Law Office of Clifford J. Geismar,
PA
Crealde Business Center
2431 Aloma Avenue, Suite 109
Winter Park, FL 32792
407-673-1087
Phone: 407-673-1087
Fax: 407-673-0375
cgeismar1@gmail.com

Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.:  6:20-cv-01657
Motion to Withdraw

Hal K. Litchford
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
200 South Orange Ave,
Post Office Box 1549
Orlando, FL 32802-1549
(407) 422-6600
hlitchford@bakerdonelson.com

**Sent via U.S. Mail & Email**
Avinash Singh
4925 Cypress Hammock Drive
St. Cloud, Florida  34771
avisingh19821@gmail.com
321-945-6096
407-279-8596
718-290-0921

**Sent via U.S. Mail & Email**
Avinash Singh
4845-C Alder Drive
West Palm Beach, Florida  33417
avisingh19821@gmail.com
321-945-6096
407-279-8596
718-290-0921

**Sent via U.S. Mail & Email**
Highrise Advantage, LLC
6900 Tavistock Lakes Blvd.
Suite 400
Orlando, Florida  32827
avisingh19821@gmail.com

**Sent via U.S. Mail & Email**
Highrise Advantage, LLC
c/o Avinash Singh
4925 Cypress Hammock Drive
St. Cloud, Florida  34771
avisingh19821@gmail.com

**Sent via U.S. Mail & Email**
Highrise Advantage, LLC
c/o Avinash Singh
4845-C Alder Drive
West Palm Beach, Florida  33417
avisingh19821@gmail.com
avisingh19821@gmail.com

:

_s/Jeffrey M. Garber_
Jeffrey M. Garber