UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COMMODITY FUTURES
TRADING COMMISSION,   Case No. 6:20-cv-1657

    Plaintiff,

v.

HIGHRISE ADVANTAGE, LLC, BULL RUN ADVANTAGE, LLC, GREEN KNIGHT INVESTMENTS, LLC, KING ROYALTY LLC, SR&B INVESTMENT ENTERPRISES, INC., AVINASH SINGH, RANDY ROSSEAU, DANIEL COLOGERO, HEMRAJ SINGH and SURUJPAUL SAHDEO,

    Defendants.

_____

**REPLY TO CFTC'S RESPONSE TO MOTION TO WITHDRAW
AS COUNSEL AND REQUEST FOR STATUS CONFERENCE**

Jeffrey M. Garber, Esq., files this Reply to Plaintiff COMMODITY FUTURES TRADING COMMISSION's *Response to Motion To Withdraw As Counsel And Request For Status Conference*, and states as follows:

1. As Plaintiff COMMODITY FUTURES TRADING COMMISSION ("CFTC") points out, Defendant AVINASH SINGH ("SINGH"), and his company, Defendant HIGHRISE ADVANTAGE, LLC (HIGHRISE"), deposited a $50,000.00 retainer with Ciklin Lubitz (the undersigned Counsel's former law firm) in December 2020.

2. CFTC asserts in its response (¶ 9) that *"[o]n information and belief, Mr. Garber's retainer consists of defrauded customer funds."*

3.       Elizabeth M. Streit, Esq., lead counsel for the CFTC, gave permission for those funds to be used for the legal bills of HIGHRISE and SINGH, which was confirmed by an email dated December 16, 2020 (**Exhibit 1** attached hereto), which states:

*Beth:*

*I'm following up on our telephone conversation from earlier today. As we discussed, Highrise Advantage, LLC ("Highrise") deposited $50,000 into my law firm's trust account as a retainer for me to represent Highrise and Avinash Singh in the above-referenced lawsuit. Those funds have been sitting in my law firm's trust account. I will be applying those funds to pay the legal bills of Highrise and Mr. Singh as they come due. I appreciate that the Commodity Futures Trading Commission has no objection to me using those funds for that purpose.*

4.       Ciklin Lubitz ceased operations in May 2022 and filed an Assignment for Benefit of Creditors (Fla. Stat. § 727.101, et seq.) at around that time.  The undersigned counsel then joined Nason Yeager, et al in May 2022.  In response to a request from Ms. Streit, the undersigned counsel provided billing statements for Nason Yeager et al on February 13, 2023 (**Exhibit 2** attached hereto).

**WHEREFORE**, Jeffrey M. Garber, Esq., respectfully requests that the Court grant his request for a status conference to discuss his motion to withdraw and to determine the placement of the funds remaining in his retainer.

Dated February 16, 2023

                                                                                        Respectfully submitted,

                                                                                        *s/Jeffrey M. Garber*
                                                                                        Jeffrey M. Garber, Esq.,
                                                                                        FBN: 102776
                                                                                        NASON YEAGER GERSON HARRIS & FUMERO, P.A.
                                                                                        3001 PGA Blvd., Suite 305

Palm Beach Gardens, Florida 33410
Phone: (561) 686-3307
Fax: (561) 686-5442
Email: jgarber@nasonyeager.com
lmcgowen@nasonyeager.com
*Attorneys for Highrise Advantage, LLC and Avinash Singh*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 16, 2023, I caused a copy of the foregoing, **Motion to Withdraw as Counsel and Request for Status Conference** to be filed on the electronic CM/ECF system for the Middle District of Florida, which will cause a true and correct copy to be sent electronically to each of the following:

*Attorney for Plaintiff*
Susan B. Padove
Trial Counsel
Senior Trial Attorney
Attorney for Plaintiff
Commodity Futures Trading Commission
77 West Jackson Blvd., Suite 800
Chicago, IL 60604
Tel. (312) 596-0544
Cell: (202) 390-6885
Fax. (312) 596-0714
spadove@cftc.gov

*Attorney for Defendants Daniel Cologero and Green Knight Investments, LLC*
Matt Mueller
Fogarty Mueller Harris, PLLC
100 E. Madison Street, Suite 202
Tampa, FL 33602
(813) 682-1730 phone
(813) 682-1731 fax
matt@fmhlegal.com

*Attorney for Defendants Daniel Cologero and Green Knight Investments, LLC*
Matt Mueller
Fogarty Mueller Harris, PLLC
100 E. Madison Street, Suite 202
Tampa, FL 33602
(813) 682-1730 phone
(813) 682-1731 fax
matt@fmhlegal.com

*Attorney for Defendants Randy Rosseau and Bull Run Advantage, LLC.*
Douglas D. Marks, P.A.
310 5th Ave.
Indialantic, FL. 32903-0790
(321) 419-0948
dmarks@markslawbrevard.com

*Attorneys for Defendants Surujpaul Sahdeo and SR&B Investment Enterprises, Inc.*
Henry B. Handler
William J. Berger
David K. Friedman
Weiss, Handler, & Cornwell, P.A.
2255 Glades Road, Suite 205-East
Boca Raton, FL 33431
(561) 997-9995 phone
(561) 997-5280 fax
hbh@whcfla.com
wjb@whcfla.com
dkf@whcfla.com
   **and**
Hal K. Litchford
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
200 South Orange Ave,
Post Office Box 1549
Orlando, FL 32802-1549
(407) 422-6600
hlitchford@bakerdonelson.com

*Attorney for Defendants Hemraj Singh and King Royalty LLC*
*Clifford J. Geismar*
The Law Office of Clifford J. Geismar, PA
Crealde Business Center
2431 Aloma Avenue, Suite 109
Winter Park, FL 32792
407-673-1087
Phone: 407-673-1087
Fax: 407-673-0375
cgeismar1@gmail.com

**Sent via U.S. Mail & Email**
Avinash Singh
4925 Cypress Hammock Drive
St. Cloud, Florida  34771
avisingh19821@gmail.com
321-945-6096
407-279-8596
718-290-0921

**Sent via U.S. Mail & Email**
Avinash Singh
4845-C Alder Drive
West Palm Beach, Florida  33417
avisingh19821@gmail.com
321-945-6096
407-279-8596
718-290-0921

**Sent via U.S. Mail & Email**
Highrise Advantage, LLC
6900 Tavistock Lakes Blvd.
Suite 400
Orlando, Florida  32827
avisingh19821@gmail.com

**Sent via U.S. Mail & Email**
Highrise Advantage, LLC
c/o Avinash Singh
4925 Cypress Hammock Drive
St. Cloud, Florida  34771
avisingh19821@gmail.com

**Sent via U.S. Mail & Email**
Highrise Advantage, LLC
c/o Avinash Singh
4845-C Alder Drive
West Palm Beach, Florida  33417
avisingh19821@gmail.com
avisingh19821@gmail.com

:

*s/Jeffrey M. Garber*
Jeffrey M. Garber
