UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COMMODITY FUTURES TRADING
COMMISSION,
       Plaintiff,

v.                                                  Case No: 6:20-cv-1657-CEM-DAB

HIGHRISE ADVANTAGE, LLC, BULL
RUN ADVANTAGE, LLC, GREEN KNIGHT
INVESTMENTS, LLC, KING ROYALTY
LLC, SR&B INVESTMENT ENTERPRISES,
INC., AVINASH SINGH, RANDY
ROSSEAU, DANIEL COLOGERO,
HEMRAJ SINGH and SURUJPAUL
SAHDEO,
       Defendants.

**ORDER TO SHOW CAUSE AND NOTICE OF HEARING**

This cause comes before the Court on the Motion for Jeffrey M. Garber, Esq. to Withdraw as Attorney for Defendants Highrise Advantage, LLC, and Avinash Singh, and Request for Status Conference (Doc. 151). Based on the representations in the Motion to Withdraw, it appears that these Defendants have abandoned the defense of the case; specifically, "Defendant Avinash Singh failed to appear before the Court on February 2, 2021, in a related criminal matter in which Avinash Singh is a defendant. Since that date, [defense] counsel has had no contact with Avinash Singh, who has presumably fled the United States." Doc. 151 at 1-2. Mr. Garber opines,

"[a]fter two years, it is clear that Avinash Singh will not be returning to this jurisdiction." *Id.*

Defendants Highrise Advantage, LLC, and Avinash Singh are **ORDERED to show cause** in writing by **March 16, 2023,** why defaults should not be entered against them, to be followed by possible judgments upon proper application.

Mr. Garber is **DIRECTED** to make his best efforts to notify his clients and file a certification detailing his efforts in the Court's docket by **March 2, 2023.** Mr. Garber is further **DIRECTED** to file in writing by **March 2, 2023,** an accounting of fee charges since February 2, 2021, when his client Avinash Singh disappeared.

**TAKE NOTICE** that a **Show Cause Hearing** will be held before the undersigned on **Thursday, March 16, 2023, at 10:00 A.M**. via Zoom. The Zoom invitation will be emailed separately to counsel.[1] The matter of Mr. Garber's withdrawal from the representation will also be taken up at the hearing.

**DONE** and **ORDERED** in Orlando, Florida on February 23, 2023.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Any Unrepresented Party

---

[1] Business attire is required for all Zoom hearings and cameras are required to be on.