UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COMMODITY FUTURES
TRADING COMMISSION,

      Plaintiff,

v.

HIGHRISE ADVANTAGE, LLC, BULL RUN ADVANTAGE, LLC, GREEN KNIGHT INVESTMENTS, LLC, KING ROYALTY LLC, SR&B INVESTMENT ENTERPRISES, INC., AVINASH SINGH, RANDY ROSSEAU, DANIEL COLOGERO, HEMRAJ SINGH and SURUJPAUL SAHDEO,

      Defendants.

Case No. 6:20-cv-1657

### RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE AND NOTICE OF HEARING DATED FEBRUARY 28, 2023

Jeffrey M. Garber, Esq., files this Response to the Court's *Order to Show Cause and Notice Of Hearing* Dated February 28, 2023 [DE 154], and states as follows:

### EFFORTS TO NOTIFY AVINASH SINGH AND HIGHRISE ADVANTAGE, LLC

1. On February 25, 2023, the undersigned sent an email to AVINASH SINGH ("SINGH") and HIGHRISE ADVANTAGE, LLC (HIGHRISE"), at their last known email address [avisingh19821@gmail.com] (**Exhibit 1** attached hereto).

2. On February 25, 2023 (at 2:02 PM) the undersigned sent a text message to SINGH's last known cell phone number (321-945-6096) which message included the substance as set forth the February 25 email.

Page **1** of **5**

Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.: 6:20-cv-01657
Response to Order to Show Cause

3. On February 27, 2023, the undersigned sent a letter to AVINASH SINGH ("SINGH") and HIGHRISE ADVANTAGE, LLC (HIGHRISE"), at their last know addresses (**Exhibit 2** attached hereto) by U.S. Mail & Federal Express-Next Day Delivery (copies of the delivery records are attached hereto collectively as **Exhibit 3**).

4. Subsequent to sending the letter (**Exhibit 2** attached hereto), the undersigned counsel discovered that the Avinash Singh of West Palm Beach to whom the letter was addressed is not the SINGH who is the defendant in this action.

5. On February 27, 2023 (at 12:36 PM) the undersigned called SINGH's last known cell phone number (321-945-6096), and received a prerecorded message ("*The person you are calling cannot accept calls at this time; we're sorry for any inconvenience this may cause.*").

6. On February 28, 2023 (at 2:13 PM) the undersigned called SINGH's last known cell phone number (321-945-6096), and received a prerecorded message ("*The person you are calling cannot accept calls at this time; we're sorry for any inconvenience this may cause.*").

7. On March 2, 2023 (at 10:47 AM) the undersigned called SINGH's last known cell phone number (321-945-6096), and received a prerecorded message ("*The person you are calling cannot accept calls at this time; we're sorry for any inconvenience this may cause.*").

8. SINGH's wife, Anisa Singh, retained Miami-based criminal defense attorney Scott B. Saul, Esq. (Fla. Bar 717525) in late 2020. On February 27, 2023, the undersigned spoke with Mr. Saul who confirmed that he is still representing Anisa Singh. Mr. Saul stated that Anisa Singh has not had any communications with SINGH since his missed court appearance (February 2, 2021, in a related criminal matter), and that she does not hold any interest in HIGHRISE.

Page **2** of **5**
Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.:  6:20-cv-01657
Response to Order to Show Cause

## ACCOUNTING OF FEE CHARGES

### Ciklin Lubitz Billing Records

9. At the time the undersigned began representing SINGH and HIGHRISE, he was affiliated with Ciklin Lubitz, West Palm Beach, Florida. Ciklin Lubitz ceased operations in May 2022 and filed an Assignment for Benefit of Creditors (Fla. Stat. § 727.101, et seq.) at around that time.

10. The Assignment for Benefit of Creditors is being handled by Markowitz, Ringel, Trusty & Hartog, P.A. The undersigned has been communicating with Alan R. Rosenberg, Esq., from that law firm in order to obtain the Ciklin Lubitz billing statements (see **Exhibit 4** attached hereto). Mr. Rosenberg was able to retrieve the billing statements and sent them to the undersigned on March 2, 2023 (**Exhibit 5** attached hereto).

### Nason Yeager, et al Billing Records

11. The undersigned joined Nason Yeager, et al in May 2022. Attached hereto as **Exhibit 6** are billing statements for the period May 2022 to the present.

Dated March 2, 2023

        Respectfully submitted,

        *s/Jeffrey M. Garber*
        Jeffrey M. Garber, Esq.,
        FBN: 102776
        NASON YEAGER GERSON HARRIS & FUMERO, P.A.
        3001 PGA Blvd., Suite 305
        Palm Beach Gardens, Florida  33410
        Phone:  (561) 686-3307
        Fax:     (561) 686-5442
        Email:  jgarber@nasonyeager.com
                 lmcgowen@nasonyeager.com
        *Attorneys for Highrise Advantage, LLC and Avinash Singh*

Page **3** of **5**
Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.:  6:20-cv-01657
Response to Order to Show Cause

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 2, 2023, I caused a copy of the foregoing, **Response to the Court's Order to Show Cause and Notice Of Hearing Dated February 28, 2023** to be filed on the electronic CM/ECF system for the Middle District of Florida, which will cause a true and correct copy to be sent electronically to each of the following:

*Attorney for Plaintiff*
Susan B. Padove
Trial Counsel
Senior Trial Attorney
Attorney for Plaintiff
Commodity Futures Trading Commission
77 West Jackson Blvd., Suite 800
Chicago, IL 60604
Tel.  (312) 596-0544
Cell: (202) 390-6885
Fax.  (312) 596-0714
spadove@cftc.gov

*Attorney for Defendants Daniel Cologero and Green Knight Investments, LLC*
Matt Mueller
Fogarty Mueller Harris, PLLC
100 E. Madison Street, Suite 202
Tampa, FL 33602
(813) 682-1730 phone
(813) 682-1731 fax
matt@fmhlegal.com

*Attorney for Defendants Daniel Cologero and Green Knight Investments, LLC*
Matt Mueller
Fogarty Mueller Harris, PLLC
100 E. Madison Street, Suite 202
Tampa, FL 33602
(813) 682-1730 phone
(813) 682-1731 fax
matt@fmhlegal.com

*Attorney for Defendants Randy Rosseau and Bull Run Advantage, LLC.*
Douglas D. Marks, P.A.
310 5th Ave.
Indialantic, FL. 32903-0790
(321) 419-0948
dmarks@markslawbrevard.com

*Attorneys for Defendants Surujpaul Sahdeo and SR&B Investment Enterprises, Inc.*
Henry B. Handler
William J. Berger
David K. Friedman
Weiss, Handler, & Cornwell, P.A.
2255 Glades Road, Suite 205-East
Boca Raton, FL 33431
(561) 997-9995 phone

*Attorney for Defendants Hemraj Singh and King Royalty LLC*
*Clifford J. Geismar*
The Law Office of Clifford J. Geismar, PA
Crealde Business Center
2431 Aloma Avenue, Suite 109
Winter Park, FL 32792
407-673-1087
Phone: 407-673-1087

Page **4** of **5**
Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.:  6:20-cv-01657
Response to Order to Show Cause

| | |
|---|---|
| (561) 997-5280 fax<br>hbh@whcfla.com<br>wjb@whcfla.com<br>dkf@whcfla.com<br>**and**<br>Hal K. Litchford<br>Baker, Donelson, Bearman, Caldwell &<br>Berkowitz, PC<br>200 South Orange Ave,<br>Post Office Box 1549<br>Orlando, FL 32802-1549<br>(407) 422-6600<br>hlitchford@bakerdonelson.com | Fax: 407-673-0375<br>cgeismar1@gmail.com<br><br><br>**Sent via U.S. Mail & Email**<br>Avinash Singh<br>4925 Cypress Hammock Drive<br>St. Cloud, Florida  34771<br>avisingh19821@gmail.com<br>321-945-6096<br>407-279-8596<br>718-290-0921 |
| **Sent via U.S. Mail & Email**<br>Highrise Advantage, LLC<br>6900 Tavistock Lakes Blvd.<br>Suite 400<br>Orlando, Florida  32827<br>avisingh19821@gmail.com | **Sent via U.S. Mail & Email**<br>Highrise Advantage, LLC<br>c/o Avinash Singh<br>4925 Cypress Hammock Drive<br>St. Cloud, Florida  34771<br>avisingh19821@gmail.com |

*s/Jeffrey M. Garber*
Jeffrey M. Garber

Page **5** of **5**
Commodity Futures Trading Commission v. Highrise Advantage, LLC, et al
Case No.:  6:20-cv-01657
Response to Order to Show Cause