# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

---

**COMMODITY FUTURES TRADING COMMISSION,**

      **Plaintiff,**

v.                                            Case No. 6:20-cv-1657-CEM-RMN

**HIGHRISE ADVANTAGE, LLC, BULL RUN ADVANTAGE, LLC, GREEN KNIGHT INVESTMENTS, LLC, KING ROYALTY LLC, SR&B INVESTMENT ENTERPRISES, INC., AVINASH SINGH, RANDY ROSSEAU, DANIEL COLOGERO, HEMRAJ SINGH and SURUJPAUL SAHDEO,**

      **Defendants.**

| UNITED STATES MAGISTRATE JUDGE: | David A. Baker | COURTROOM: | VIA ZOOM |
|---|---|---|---|
| DEPUTY CLERK: | Julie Reyes | COUNSEL FOR PLAINTIFF: | Elizabeth Marie Streit<br>Susan Padove |
| AUDIO RECORDING: | Zoom | COUNSEL FOR DEFENDANT: | Jeffery Garber<br>Douglas D. Marks<br>Matthew Muller<br>Clifford Geismar |
| DATE/TIME: | March 16, 2023<br>10:01 A.M.-10:13 A.M. | | |
| TOTAL TIME: | **12 MINUTES** | | |

### CLERK'S MINUTES
### ORDER TO SHOW CAUSE (Doc.154) &
### MOTION TO WITHDRAW (Doc. 151)

Case called, appearances made, procedural setting by the Court.
Hearing proceeds on the above referenced motion as stated on the record.
Motion for Jeffrey M. Garber, Esq to Withdraw as Attorney and Request for Status Conference (doc. 151) is GRANTED.
Order on motion to enter.
Court adjourned.