UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

COMMODITY FUTURES
TRADING COMMISSION,

      Plaintiff,

v.

HIGHRISE ADVANTAGE, LLC,
BULL RUN ADVANTAGE, LLC,
GREEN KNIGHT INVESTMENTS,
LLC, KING ROYALTY LLC, SR&B
INVESTMENT ENTERPRISES,
INC., AVINASH SINGH, RANDY
ROSSEAU, DANIEL COLOGERO,
HEMRAJ SINGH, and SURUJPAUL
SAHDEO,

      Defendants.

Case No.: 6:20-cv-01657-CEM-GJK

## PLAINTIFF'S POST-MEDIATION STATUS REPORT

**A.   STATUS OF CASE AND PROPOSED SCHEDULING**

    **i.   Defendants Highrise Advantage, LLC and Avinash Singh**

On March 16, 2023, the Clerk of Court entered defaults pursuant to Fed. R. Civ. P. 55(a) against Defendants Highrise Advantage, LLC ("Highrise") and Avinash Singh ("A. Singh"). (Dkt. ## 161, 162). The Commission is in the process of drafting a Motion for the Entry of Default Judgment and a Memorandum in Support of the Default Judgment against Highrise and A. Singh.

1

The Commission respectfully requests that it be given until **June 16, 2023** to complete the filing of this Motion and Memorandum with this Court.

> ii. **Defendants Bull Run Advantage, LLC, Green Knight Investments, LLC, King Royalty, LLC, SR&B Investment Enterprises, Inc., Randy Rosseau, Daniel Cologero, Hemraj Singh and Surujpaul Sahdeo**

On April 13, 2023, the Plaintiff, Commodity Futures Trading Commission ("Commission" or "CFTC") and Defendants Bull Run Advantage, LLC ("Bull Run"), Green Knight Investments, LLC ("Green Knight"), King Royalty, LLC ("King Royalty"), SR&B Investment Enterprises, Inc. ("SR& B"), Randy Rosseau ("Rosseau"), Daniel Cologero ("Cologero") and Hemraj Singh ("H.Singh") appeared before the Mediator appointed in this case, Glenn Waldman, at his office in West Palm Beach, Florida. With the exception of SR& B and Sahdeo, all parties present reached an agreement in principle at this mediation. Defendant Surujpaul Sahdeo ("Sahdeo") did not appear at the mediation due to illness. Mediation with Sahdeo and his company, SR&B, was re-convened by zoom on April 24, 2023. At the conclusion of the mediation sessions, agreements in principle were reached with all remaining Defendants in this case. The Commission anticipates that the Mediator will also be filing his report to the Court memorializing these developments.

The Commission is awaiting the return from defense counsel of fully-executed copies of four proposed Consent Orders that are unique to each of the

individual Defendants and their respective companies. Receipt of these signed orders is anticipated this week. Upon receipt of these signed proposed Consent Orders, the CFTC will submit them to its client, the Commission, in Washington, D.C., with a recommendation that the proposed Consent Orders get approved so that these can be submitted for consideration by this Court for entry. The CFTC anticipates that this process will take at least one month to complete. As such, the Commission also respectfully requests that it be given until **June 16, 2023** to obtain approval for these proposed Consent Orders and to submit these proposed settlements to the Court for entry.

### iii. Appointment of a Limited Receiver

Through the claims process initiated by the Plaintiff, and the review of extensive bank records, the Plaintiff has now determined that substantial sums have been overpaid as false profits to certain investors. The recovery of such funds could be used to defray the shortfall in funds owed to other investors who gave money to Defendants Highrise and A. Singh. As such, the Plaintiff is exploring the feasibility of seeking the appointment of a contingent-fee Limited Receiver whose task would be to recover the overpayments to certain of Defendants' pool participants. This Limited Receiver may ultimately have to initiate separate litigation against certain of the investors to recover the overpayments made to them.

DATE:  April 25, 2023

>Respectfully submitted,
>
>By: /s/ Susan B. Padove
>Trial Counsel
>Senior Trial Attorney
>Attorney for Plaintiff
>Commodity Futures Trading
>Commission
>77 West Jackson Blvd., Suite 800
>Chicago, IL 60604
>Tel. (312) 596-0544
>Cell:  (202) 390-6885
>Fax. (312) 596-0714

# CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, I caused a copy of the following document to be filed:

- **PLAINTIFF'S POST-MEDIATION STATUS REPORT**

on the electronic CM/ECF system for the Middle District of Florida, which will cause a true and correct copy to be sent electronically to each of the following:


Attorney for Defendants Daniel Cologero and Green Knight Investments, LLC
Matt Mueller
Fogarty Mueller Harris, PLLC
100 E. Madison Street, Suite 202
Tampa, FL 33602
(813) 682-1730 phone
(813) 682-1731 fax
matt@fmhlegal.com


Attorney for Defendants Randy Rosseau and Bull Run Advantage, LLC.
Douglas D. Marks, P.A.
310 5th Ave.
Indialantic, FL. 32903-0790
(321) 419-0948
dmarks@markslawbrevard.com

Attorneys for Defendants Surujpaul Sahdeo and SR&B Investment Enterprises, Inc.,
Henry B. Handler
William J. Berger
 David K. Friedman
Weiss, Handler, & Cornwell, P.A.
2255 Glades Road, Suite 205-East
Boca Raton, FL 33431
(561) 997-9995 phone
(561) 997-5280 fax
hbh@whcfla.com
wjb@whcfla.com
dkf@whcfla.com

and

Hal K. Litchford
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
200 South Orange Ave,
Post Office Box 1549
Orlando, FL 32802-1549
(407) 422-6600
hlitchford@bakerdonelson.com

Attorney for Defendants Hemraj Singh and King Royalty LLC
Clifford J. Geismar
The Law Office of Clifford J. Geismar, PA
Crealde Business Center
2431 Aloma Avenue, Suite 109
Winter Park, FL 32792
407-673-1087
Phone: 407-673-1087
Fax: 407-673-0375
cgeismar1@gmail.com

And, a courtesy copy will be sent to the court-approved Mediator via email to:
**Glenn J. Waldman, Esq.**
Las Olas Centre ● 450 East Las Olas Boulevard ● Suite 1400
Fort Lauderdale, FL 33301 ●4206
Main ● 954 462 2000 | Direct ● 954 468 1313
gwaldman@waldmanlawfirm.com

By: /s/ Susan B. Padove
Trial Counsel
Senior Trial Attorney
Attorney for Plaintiff
Commodity Futures Trading Commission
77 West Jackson Blvd., Suite 800
Chicago, IL 60604
Tel. (312) 596-0544
Cell: (202) 390-6885
Fax. (312) 596-0714
*spadove@cftc.gov*
