UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:20-cv-01657-CEM-GJK

**COMMODITY FUTURES**
**TRADING COMMISSION**,

    Plaintiff,

v.

**HIGHRISE ADVANTAGE, LLC,**
**BULL RUN ADVANTAGE, LLC,**
**GREEN KINGHT INVESTMENTS, LLC,**
**KING ROYALTY LLC,**
**SR&B INVESTMENT ENTERPRISES INC.,**
**AVINASH SINGH,**
**RANDY ROSSEAU,**
**DANIEL COLOGERO,**
**HEMRAJ SINGH**, and
**SURUJPAUL SAHDEO,**

    Defendants.
_____/

## REPORT OF MEDIATOR

THIS CAUSE came before the undersigned Mediator, Glenn J. Waldman, on Thursday, April 13, 2023, for the in-person Mediation Conference which was held at the offices of the Mediator in West Palm Beach, Florida and attended by: (i) Susan Padove, Esq., Elizabeth Streit, Esq., and Joy McCormack, Esq. for Plaintiff, Commodity Futures Trading Commission, (ii) Defendants, Daniel Cologero and Green Knight Investments, LLC, and Matt Mueller, Esq., (iii) Defendants, Randy Rosseau and Bull Run Advantage, LLC, and Douglas Marks, Esq., (iv) Henry Handler, Esq. for Defendants, (Surujpaul Sahdeo and SR&B Investment Enterprises, Inc.), and (v) Defendants, Hemraj Singh and King Royalty, LLC, and

Clifford Geismar, Esq. At the conclusion of the Mediation Conference,[1] it was SETTLED between the Plaintiff, Commodity Futures Trading Commission and Defendants, Surujpaul Sahedo, and SR&B Investment Enterprises, Inc. (but still subject to approval of the Commission).

*/s/ Glenn J. Waldman, Esq.*
Glenn J. Waldman, Esq.
Fla. Bar No. 374113
U.S. District Court Mediator
gwaldman@waldmanlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th of April 2023, the foregoing was electronically filed with the clerk of the court using CM/ECF system for the Middle District of Florida, which will cause a true and correct copy to be sent electronically to each of the following:

Attorneys for Plaintiff, Commodity Futures Trading Commission:

Susan Padove, Esq.
Elizabeth Streit, Esq.
77 West Jackson Blvd., Suite 800
Chicago, IL 60604
Tel. (312) 596-0544
Cell: (202) 390-6885
Fax: (312) 596-0714
spadove@cftc.gov

---

[1] The mediation conference with regard to Defendants, Surujpaul Sahedo, and SR&B Investment Enterprises, Inc. was continued via Zoom on Monday, April 24, 2023, and concluded.

Attorney for Defendants, Daniel Cologero and Green Knight Investments, LLC

Matt Mueller, Esq.
Fogarty Mueller Harris, PLLC
100 E. Madison Street, Suite 202
Tampa, Florida 33602
(813) 682-1730 phone
(813) 682-1731 fax
matt@fmhlegal.com

Attorney for Defendants, Randy Rosseau and Bull Run Advantage, LLC

Douglas Marks, P.A.
310 5th Ave.
Indialantic, FL 32903-0790
(321) 419-0948
dmarks@markslawbrevard.com

Attorneys for Defendants, Surujpaul Sahedo and SR&B Investment Enterprises, Inc.

Henry B. Handler, Esq.
William J. Berger, Esq.
David K. Friedman, Esq.
Weiss, Handler, & Cornwell, P.A.
2255 Glades Road, Suite 205-East
Boca Raton, Florida 33431
(561) 997-9995 phone
(561) 997-5280 fax
hbh@whefla.com
wjb@whefla.com
dkf@whhefla.com

    and

Hal K. Litchford, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
200 South Orange Avenue
Post Office Box 1549
Orlando, Florida 32802-1549
(407) 422-6600
hlitchford@bakerdonelson.com

Attorney for Defendants, Hemraj Singh and King Royalty, LLC

Clifford J. Geismar, Esq.
The Law Office of Clifford J. Geismar, P.A.
Crealde Business Center
2431 Aloma Avenue, Suite 109
Winter Park, FL 32792
(407) 673-1087
(407) 673-0375
cgeismarl@gmail.com