UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

COMMODITY FUTURES
TRADING COMMISSION,

      Plaintiff,

v.

HIGHRISE ADVANTAGE, LLC,
BULL RUN ADVANTAGE, LLC,
GREEN KNIGHT INVESTMENTS,
LLC, KING ROYALTY LLC, SR&B
INVESTMENT ENTERPRISES,
INC., AVINASH SINGH, RANDY
ROSSEAU, DANIEL COLOGERO,
HEMRAJ SINGH, and SURUJPAUL
SAHDEO,

      Defendants.

Case No.: 6:20-cv-01657-CEM-GJK

**PLAINTIFF'S UNOPPOSED MOTION TO SUBMIT "[PROPOSED] ORDER DIRECTING DISTRIBUTION OF FUNDS" FOR ENTRY BY THE COURT**

Plaintiff, Commodity Futures Trading Commission ("Commission" or "CFTC") respectfully requests, pursuant to Local Rule 3.01(f), that this Court grant it leave to submit its "[Proposed] Order Directing Distribution of Funds" ("Proposed Order") to the Court for consideration in conjunction with the simultaneous filing of the Unopposed Plaintiff's Motion to Direct Distribution of Frozen Funds. In support of this motion, the CFTC states as follows:

1

1.	The Proposed Order provides necessary information regarding the most efficient and expeditious distribution of funds frozen by the Court's Orders of Preliminary Injunction and other Relief ("PI Orders") issued on September 30, 2020 (ECF No. 73) by describing how the funds should be transferred and in what names.

2.	The detail included in the Proposed Order is necessary to meaningfully implement an order directing distribution of frozen funds in this case.

WHEREFORE, Plaintiff respectfully submits that the Court grant it leave pursuant to L.R. 3.01(f) to submit the "[Proposed] Order for consideration by the Court in conjunction with the Unopposed Plaintiff's Motion to Direct Distribution of Funds.

DATE:  June 22, 2023

Respectfully submitted,

By: /s/ Susan B. Padove
Trial Counsel
Senior Trial Attorney
Attorney for Plaintiff
Commodity Futures Trading Commission
77 West Jackson Blvd., Suite 800
Chicago, IL 60604
Tel. (312) 596-0544
Cell:  (202) 390-6885
Fax. (312) 596-0714