UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**COMMODITY FUTURES TRADING COMMISSION,**

      **Plaintiff,**

v.                                             Case No. 6:20-cv-1657-CEM-RMN

**HIGHRISE ADVANTAGE, LLC, BULL RUN ADVANTAGE, LLC, GREEN KNIGHT INVESTMENTS, LLC, KING ROYALTY LLC, SR&B INVESTMENT ENTERPRISES, INC., AVINASH SINGH, RANDY ROSSEAU, DANIEL COLOGERO, HEMRAJ SINGH, and SURUJPAUL SAHDEO,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion to Re-Open Case as to Certain Defendants (Doc. 178), Plaintiff's Unopposed Motion for Entry of Consent Orders (Doc. 179), Plaintiff's Unopposed Motion to Direct Distribution of Frozen Funds (Doc. 180), and Plaintiff's Unopposed Motion to Submit Proposed Order (Doc. 181). For the reasons set forth therein, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Unopposed Motion to Re-Open Case as to Certain Defendants (Doc. 178) is **GRANTED**.

    a. The Clerk is directed to reopen the case as to Defendants Bull Run Advantage, LLC, Green Knight Investments, LLC, King Royalty, LLC, SR&B Investment Enterprises, Inc., Randy Rosseau, Daniel Cologero, Hemraj Singh, and Surujpaul Sahdeo.

2. Plaintiff's Unopposed Motion for Entry of Consent Orders (Doc. 179) is **GRANTED**.

3. The Consent Orders (Doc. Nos. 179-1, 179-2, 179-3, and 179-4) are **ADOPTED** and incorporated herein as part of this Order.

4. Plaintiff's Unopposed Motion to Direct Distribution of Frozen Funds (Doc. 180) is **GRANTED**.

5. It is hereby **ORDERED** that any funds frozen pursuant to the Court's September 30, 2020 Order (Doc. 73) be transferred directly to restitution funds being administered by the National Futures Association acting as Monitor as follows:

    a. Any frozen funds in the name of SR&B Investment Enterprises, Inc. shall be transferred to the Monitor in the name of "Defendants SR&B and Sahdeo Settlement/Restitution Fund."

    b. Any frozen funds in the name of Green Knight Investments, LLC shall be transferred to the Monitor in the name of the

"Defendants Green Knight and Cologero Settlement/Restitution Fund."

    c. Any frozen funds in the name of Bull Run Advantage, LLC shall be transferred to the Monitor in the name of the "Bull Run-Rosseau Settlement Fund."

    d. Any frozen funds in the name of King Royalty LLC shall be transferred to the Monitor in the name of the "Defendants King Royalty and Hemraj Singh Settlement/Restitution Fund."

6. Plaintiff's Unopposed Motion to Submit Proposed Order (Doc. 181) is **DENIED as moot**.

7. The Court retains jurisdiction over this action, including over the construction, modification, and enforcement of the Consent Orders.

**DONE** and **ORDERED** in Orlando, Florida on July 5, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties