UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**COMMODITY FUTURES**
**TRADING COMMISSION,**

        **Plaintiff,**

v.                                                                    **Case No. 6:20-cv-1657-CEM-RMN**

**HIGHRISE ADVANTAGE, LLC,**
**BULL RUN ADVANTAGE, LLC,**
**GREEN KNIGHT**
**INVESTMENTS, LLC,  KING**
**ROYALTY LLC,  SR&B**
**INVESTMENT ENTERPRISES,**
**INC., AVINASH SINGH, RANDY**
**ROSSEAU, DANIEL**
**COLOGERO, HEMRAJ SINGH,**
**SURUJPAUL SAHDEO,**

        **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Receiver's Unopposed Motion for Final Allowance and Payment of Contingency Fees and Expenses from Gross Recoveries ("Motion," Doc. 199). The United States Magistrate Judge issued a Report and Recommendation (Doc. 204), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate

Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 204) is **ADOPTED** and made a part of this Order.

2. The Receiver's Unopposed Motion for Final Allowance and Payment of Contingency Fees and Expenses from Gross Recoveries (Doc. 199) is **GRANTED**.

   a. The Receiver is authorized to pay from the Receivership Estate's gross recoveries from the Net Winners the amounts as set forth in the Report and Recommendation. (Doc. 204 at 4–5).

   b. The Receiver is authorized to collect actual expenses incurred in connection with the Recovery Claims as set forth in the Report and Recommendation. (Doc. 204 at 5).

   **DONE** and **ORDERED** in Orlando, Florida on August 29, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties